NUMBER 3

INCORPORATED UNDER THE LAWS OF THE DISTRICT OF COLUMBIA

SHARES

# PILLO Financial Consulting Corp.

TOTAL AUTHORIZED ISSUE

5,000 SHARES WITHOUT PAR VALUE

COMMON STOCK

See Reverse for Certain Definitions

This is to Certify that PHILIP NEUMAN is the owner of

50% OF OUTSTANDING SHARES fully paid and non-assessable shares of the above Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed.

Witness, the seal of the Corporation and the signatures of its duly authorized officers.

Dated - 4-9-2010

CORPORATE SEAL 2002

SECRETARY

PRESIDENT

© 1999 CORPEX BANKNOTE CO., BAY SHORE N.Y.