# AGREEMENT

**Whereas** Jose Garcia ("JG") and Phil Neuman (PN) have existing agreements with regard to Carlisle Management Company SCA ("Carlisle").

**Whereas** JG and PN had a disagreement regarding those agreements.

After good faith negotiations JG,PN, T.H. Mol (TM) and Carlisle hereby agree to the following:

1. All prior agreements between JG and PN are hereby superseded by this memo of agreement;
2. PN will have Complete use of and access to existing and future Carlisle offices at all times. This will include answering phones on his behalf, full reception services, a designated desk and computer, and the availability to have meetings in conference rooms. It is understood by PN that he will give notice to Carlisle in order to reserve the meeting room;
3. PN will receive an employment agreement for three years from today from Carlisle with an agreed payment of Euro 4,000 per month starting May 15th 2012 (these sums will be personally guaranteed by JG). It is understood that PN desires to obtain residency in Luxembourg and that, since he is an US citizen, a work permit is required. All Permits , Applications ,Consultants, FEEs, Etc. necessary for PN to obtain residency will be handled by Carlise and supervised by TM and completed within 90 days
4. PN will remain a President of Carlisle permanently;
5. PN will remain present on the Carlisle website and have a Carlisle email;
6. PN will have Exclusive use of T.H. Mol of 25% of his time including travel. A separate consultancy agreement will be concluded between TM and PN;
7. PN will receive 20% of shares in Carlisle. PN understands that since Carlisle is a company regulated by the CSSF, prior approval of the CSSF is needed before the share transfer, Agreements can be executed. T.H. Mol will handle mentioned approval process with the CSSF; this will be completed within 120 Days.
8. PN will receive a cash payment of USD $150,000 from JG by Wednesday May 2nd 2012 to an account further specified to TM by PN by Monday April 30th.
9. Any Default under this agreement will make it null and void

Signed on April 27, 2012

J. Garcia

T.H. Moll

P.Neuman