# AGREEMENT

November 24, 2009

Mr. Jose Garcia
Pillo Financial Consulting Corp USA
Carlisle Investment Group Sarl
Carlisle Management Company SCA

Re: Acquisition of 50% Ownership and Control of Carlisle Entities

Dear Mr. Garcia:

This letter agreement memorializes the material terms of our agreement concerning ownership and control of Carlisle Investment Group Sarl, Carlisle Management Company SCA and any affiliated entities (hereinafter collectively referred to as "Carlisle Investment/Management" or the "Company").

Effective this date, Philip Neuman (hereinafter "Neuman") or a designated entity wholly-owned by Neuman acquired from Jose Garcia (hereinafter "Garcia")and/or Pillo Financial Consulting Corp USA (hereinafter "Pillo"), through the transfer of fifty percent (50%) of the issued shares of the Company at the agreed price of Euro 1 per share, a fifty percent (50%) ownership interest in, and equal control along with Garcia of, Carlisle Investment/Management. Such designation will be performed in the method advised by the Company's tax advisor in Luxembourg as to minimize the effect on the Company's tax and regulatory status.

As consideration for Neuman's acquisition of a fifty percent (50%) ownership interest in, and equal control along with Garcia of, Carlisle Investment/Management and to further capitalize the Company, Neuman paid the Company the amount of SEE NOTE MEMO, which represents the cash and receivables held by the Company as of the closing as detailed in Exhibit D annexed hereto. Garcia represents and warrants that Exhibit D annexed hereto identifies and identifies all the cash and receivables held by the Company as of closing. Effective this date, Neuman and Garcia shall be equally responsible for all ongoing costs, expenses and liabilities of the Company, with the exception of the travel expenses of each party which shall borne by each party and not by the Company. Further, Garcia will retain the first One Million Dollars (US$1,000,000) in distributed net profits. Thereafter, Garcia and Neuman will equally split any and all distributed net profits. It is understood and agreed by the parties that, with the exception of the first One Million Dollars (US$1,000,000) in distributed net profits to be retained by Garcia as described above, effective this date, Neuman and Garcia equally share own and control of Carlisle Investment/Management and any and all assets and property thereof. All income/losses produced by the Company during the fiscal year of 2009 will be assigned to Garcia.

Neuman and Garcia will devote their best efforts, on a full time basis, to the Company and the business thereof with the objective of growing the business and the profits derived therefrom, including but not limited to, taking an official management role in the business, performing business development functions, actively finding investors (in cash or in kind) for the long term growth fund, and eventually bringing in additional business opportunities to the Company.

Neuman agrees that the Company will comply with and abide by all existing agreements, business contracts, employment agreements, management agreements and outstanding terms sheets of the Company. Garcia represents and warrants that Annex A attached hereto identifies all existing agreements, business contracts, employment agreements, management agreements and outstanding terms sheets of the Company and that the Company is in full compliance with and not in breach of the material terms of all such existing agreements, business contracts, employment agreements, management agreements and outstanding terms sheets.

Garcia represents and warrants that Annex C attached hereto identifies all outstanding commitments, obligations and liabilities of the Company and that there are no existing, threatened or potential claims and litigations against, or which in any way effect, the Company

Neuman acknowledges that Xavier Deu, Jordi Martret and/or Teresa McBride hold options to purchase shares of the Company. Garcia represents and warrants that Exhibit E annexed hereto identifies and fully describes the material terms of those options to purchase shares and further that no options to purchase shares exist other than those identified in Exhibit C. Neuman agrees that in the event Xavier Deu, Jordi Martret and/or Teresa McBride exercise their options to purchase shares, the entitled shares will be equally delivered by Neuman and Garcia.

The parties will develop an accounting system to maintain all relevant business related costs in order and set up a clear reporting system for the Company and all affiliated onshore and offshore entities. Such an accounting system will consist of an additional entity where the parties will cover relevant expenses. Such a new entity will be owned by the parties equally.

Garcia represents and warrants that the organizational structure of Carlisle Investment/Management is as represented in Annex B attached hereto, and that Garcia through Pillo solely and exclusively owns all outstanding shares of the Company, free and clear of any and all liens, encumbrances and/or claims of others and has full and complete authority to enter into this agreement and to transfer ownership and control of the Company to Neuman as stated hereianbove.

Garcia represents and warrants that the current and budgeted costs of Carlisle Investment/Management are as represented in Annex C attached hereto.

Each party at the request of the other shall execute and deliver such other agreements and instruments and do and perform such other acts and things as may be necessary or desirable for effecting completely the consummation of this agreement and the transactions contemplated hereby.

This agreement and the documents and instruments and other agreements among the parties referenced herein constitute the entire agreement among the parties with respect to the subject matter hereof and supersede all prior agreements and understandings, both written and oral, among the parties with respect to the subject matter hereof.

Neither party may assign this Agreement without the prior written consent of the other party. This agreement shall inure to the benefit of and be binding upon the parties hereto and their respective successors and permitted assigns.

In the event that any provision of this Agreement or the application thereof, becomes or is declared by a court of competent jurisdiction to be illegal, void or unenforceable, the remainder of this agreement will continue in full force and effect and the application of such provision to other persons or circumstances will be interpreted so as reasonably to effect the intent of the parties.

This agreement may be amended by the parties at any time only by execution of an instrument in writing signed on behalf of each of the parties hereto.

This Agreement shall be governed by and construed in accordance with the laws of the State of New York, without regard to conflict of law principles thereof.

Yours truly,

Philip Neuman

Agreed:

Date: November , 2009

Jose Garcia