# THE GRIFFITH FIRM

45 BROADWAY • SUITE 2200
NEW YORK, NEW YORK 10006
(212) 363-3780

DIRECT LINE: (212) 363-3784
EMAIL: EG@THEGRIFFITHFIRM.COM

TELECOPIER: (212) 363-3790
URL: HTTP://WWW.THEGRIFFITHFIRM.COM


January 7, 2021

**BY EMAIL (javonn_ross@nysd.uscourts.gov)**

Ruby J. Krajick, Clerk of Court
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re: Neuman v. Garcia, et al., Case No. 1:20-cv-10723-PKC*

Dear Mr Krajick:

I represent the plaintiff, Phil Neuman, in the above reference action, which was filed on December 22, 2020. Pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii) and the Clerk's Office Foreign Mailing Instructions, Mr. Neuman requests that you serve the following defendants with the enclosed Federal Express packages, each of which contains a Summons, the Complaint, the First Amended Complaint, the Civil Cover Sheet, Judge Castel's Individual Practices, and the Court's Electronic Case Filing Rules & Instructions, on the following defendants residing in Luxembourg:

(i) Jose Garcia
Carlisle Management Company, S.C.A.
9 Rule Sainte Zithe
Luxembourg, L-2763

(ii) Tim Mol
Carlisle Management Company, S.C.A.
9 Rule Sainte Zithe
Luxembourg, L-2763

(iii) Victor Heggelman
Carlisle Management Company, S.C.A.
9 Rule Sainte Zithe
Luxembourg, L-2763

(iv) Pillo Financial Consulting Corp.
c/o Carlisle Investment Group, SARL
9 Rule Sainte Zithe
Luxembourg, L-2763

(ii) Carlisle Investment Group, SARL
9 Rule Sainte Zithe
Luxembourg, L-2763

As a member of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Convention"), Luxembourg does not object to, and will not interfere with, service by postal channels, provided the documents are translated into French or German. *See* Convention, Article 10, Luxembourg declarations. French translations of each of the documents being served are included in the enclosed Federal Express packages.

The requisite number of Federal Express labels with customs documentation are enclosed for each Federal Express Package.

Thank you for your assistance with this matter. Please do not hesitate to contact me by phone or text (646-645-3784) or email (eg@thegriffithfirm.com) if you need any additional information.

Sincerely,

*/s/ Edward Griffith*

Edward Griffith

EG:gb
enclosures