January 12, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 772557476636

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | M.PAZZAGLIA | **Delivery Location:** | 9 RUE STE. ZITHE |
| **Service type:** | International Priority | | LUXEMBOURG, 2763 |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required | **Delivery date:** | Jan 11, 2021 10:41 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 772557476636 | **Ship Date:** | Jan 8, 2021 |
| | | **Weight:** | 5.3 LB/2.41 KG |

**Recipient:**
JOSE GARCIA, CARLISLE INVESTMENT GROUP, S.A R.L
9 RULE SAINTE ZITHE
LUXEMBOURG, LU, 2763

**Shipper:**
EDWARD GRIFFITH, ESQ.,
45 BROADWAY, SUITE 2200
NEW YORK, NY, US, 10006



Thank you for choosing FedEx