**Subject:** FedEx Shipment 772557489095 Delivery Exception
**Date:** Tuesday, January 12, 2021 at 4:31:59 AM Eastern Standard Time
**From:** TrackingUpdates@fedex.com
**To:** Edward Griffith

FedEx

# We were unable to complete delivery of your package

## Delivery requires a signature from an adult (age and required identification vary by country)

## See "Resolving Delivery Issues" for recommended actions

## See "Preparing for Delivery" for helpful tips

## Tracking # 772557489095

Ship date:
Fri, 1/8/2021

**EDWARD GRIFFITH, ESQ.**
NEW YORK, NY 10006
US

Delivery exception

Scheduled delivery:
Pending

**PILLO FINANCIAL CONSULTING CORP.**
C/O CARLISLE INVESTMENT GRP, S
9 RULE SAINT ZITHE
LUXEMBOURG, 2763
LU

## Shipment Facts

FedEx attempted, but was unable to complete delivery of the following shipment:

| | |
|---|---|
| **Tracking number:** | 772557489095 |
| **Status:** | Delivery exception |
| **Service type:** | International Priority® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 5.40 lb. |
| **Special handling/Services:** | Deliver Weekday |
| | Adult Signature Required |
| **Standard transit:** | 1/11/2021 by 12:00 pm |

## Resolving Delivery Issues

The reason delivery was not completed is outlined below. Where applicable, resolution recommendations are also provided.

| Exception Reason | Recommended Action |
| --- | --- |
| 1. Refused by recipient | Call Shipper/Recipient to resolve problem, then contact us to advise FedEx of needed action. |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 3:31 AM CST on 01/12/2021.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine mone back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination a ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. a international law. Review our privacy policy. All rights reserved.

Thank you for your business.