CMCLUX

cmclux.com/team#

Carlisle MANAGEMENT

HOME | ABOUT US | TEAM | SERVICES | AWARDS | CAREERS | CONTACT US

# Team

We represent the leading talent in alternative investing.

---

All | Executive Management | Portfolio Management | Finance & Accounting | Investor Relations & Business Development | Operation & Compliance







