# PILLO FINANCIAL CONSULTING Corp. - Initial File Number: 221536

Main Reports Trade Names Beneficial Owners

## Entity Info

**Business Name**
PILLO FINANCIAL CONSULTING

**Suffix**
Corp.

**Registration / Effective Date**
5/20/2002

**Commencement Date**
5/20/2002

**Entity Status**
Revoked

**Foreign Name**
NA

**Date of Organization**
5/20/2002

**State**
District of Columbia

**Country**
USA

## Business Address

**Line1**

1607 45TH STREET, NW

**Line2**

| **City** | **State** | **Zip** |
|---|---|---|
| WASHINGTON | District of Columbia | 20007 |

## Agent

**Is non-commercial Registered Agent?**
Yes

**Name**
JOSE GARCIA

## Address

**Line1**
1607 45TH ST. NW

**Line2**

| **City** | **State** | **Zip** |
|---|---|---|
| Washington | District of Columbia | 20008 |

**Email**

**Return to Home**


**District News**

- Mayor's Public Schedule (https://mayor.dc.gov/newsroom)
- Citywide News (https://newsroom.dc.gov)
- Citywide Calendar (https://calendar.dc.gov)
- Subscribe to Receive Emails (https://service.govdelivery.com/ser code=DCWASH)
- Subscribe to Text Alerts (https://textalert.ema.dc.gov/index.php)

**District Initiatives**

- Green DC (http://green.dc.gov/)
- Grade DC (http://grade.dc.gov/)
- Age-Friendly DC (http://agefriendly.dc.gov/)
- Sustainable DC (http://sustainable.dc.gov/)
- Connect DC (http://connect.dc.gov/)
- Great Streets (http://greatstreets.dc.gov/)
- Ready DC (http://ready.dc.gov/)

**About DC**

- Open DC (http://open.dc.gov/)
- Budget (http://cfo.dc.gov/budget)
- Emancipation (http://emancipation.dc.gov/)
- Consumer Protection (http://consumer.dc.gov/)
- Contracts (http://dc.gov/contracts)
- Property Quest (http://propertyquest.dc.gov/)
- Track DC (http://track.dc.gov/)

**Contact Us**

- Agency Director (http://directory.dc.gov/)
- Call 311 (http://311.dc.gov/)
- Contact the Mayor (http://app.dc.gov/apps/abo page=atd&type=dsf&referr [$DSF_SERVER_NAME$]
- Contact Agency Directors (https://dcra.dc.gov/page/c agency-directors)
- FOIA Requests (http://foia.dc.gov/)

CCheck=1)

- Subscribe to Newsletters (https://public.govdelivery.com/accounts/DCWASH/subscriber/new?)

- Report Website Problems (http://dcforms.dc.gov/web dc-government-website)
- Send Feedback (http://feedback.dc.gov/)
- Service Request Center (http://311.dc.gov/)