**Subject:** RE: Phil Neuman [W-US.FID650162]
**Date:** Thursday, December 17, 2020 at 7:25:59 PM Eastern Standard Time
**From:** LeVine, Richard
**To:** Rousseau, Jule, Hulme, James H.
**Attachments:** image001.png, RE: Notice of Inspection [W-US.FID650162].eml

Jule,
Thanks for your email, I tried to call you this evening and left a message. I was able to speak to Phil late this afternoon. I made every effort to obtain the extension you requested as a professional courtesy, but Phil is not inclined to delay filing either the New York or Luxembourg complaints until January. However, I can get Phil to agree to hold off until Monday, to give Jose and Tim one last chance to produce the information that I requested in my November 18, 2020 email (attached for your convenience), by Monday, December 21, 2020, at 3:00 pm Luxembourg time / 9:00 a.m. New York time.

Jose and Tim have been stonewalling Phil for months and concealing critical information about the investment funds and their management of Carlisle. I am told they have been racing motor cars and living a profligate lifestyle in Europe while they ignored their fiduciary duties to Phil and the investors in the funds. As a result, the funds are reportedly on the verge of collapse.
I think Phil is being reasonable when he requests as a prerequisite to his forbearance that your clients produce information that he is not only entitled to, but he would certainly obtain in discovery. Accordingly, Phil will delay filing both complaints if you let me know by tomorrow, Friday December 18, 2020, at 6:00 pm Luxembourg time / 12:00 noon East Coast time that Jose and Tim will produce the requested information by Monday. Please call me if you want to discuss these matters.
Best regards,

**Richard LeVine**
Of Counsel
Wealth Planning & Tax
t +1 203 974 0317 c +1 203 376 8798 f +1 203 285 1617
withersworldwide.com| my profile

Secretary: Karolyn DeGrand t +1 203 974 0379

Withers Bergman LLP
157 Church Street, 12th Floor, New Haven, Connecticut 06510-2100

Withers, as a global firm, is employing business continuity practices to deliver effective client service around the world safely, whether through our offices or remotely. For more information on how we can help, please click on the banner below.




---

**From:** Rousseau, Jule [mailto:Jule.Rousseau@arentfox.com]
**Sent:** Thursday, December 17, 2020 2:51 PM
**To:** LeVine, Richard <Richard.LeVine@withersworldwide.com>; Hulme, James H. <James.Hulme@arentfox.com>
**Subject:** Phil Neuman

Richard

This will confirm my call. My partner Jay Hulme and I have been engaged to represent the potential defendants named in the draft complaint that you sent to Jose Garcia and other on Dec 15. We have yet to intake the matter and get engagement letters signed, or to investigate the allegations. We request that your client postpone filing suit so that we may get up to speed and perhaps have a conversation prior to the filing. We appreciate any courtesy around the holiday season. Best,

**Jule Rousseau**
**Partner**

Arent Fox LLP| Attorneys at Law
1301 Avenue of the Americas, Floor 42
New York, NY 10019
212.484.3948 DIRECT | 212.484.3990 FAX
917.533.2034CELL
jule.rousseau@arentfox.com |www.arentfox.com

---

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**Withers Bergman LLP** - 157 Church Street, 12th Floor, New Haven, CT 06510-2100 T: +1 203 789 1320 F: +1 203 785 8127

Withersworldwide
New Haven, New York, Greenwich, Los Angeles, Rancho Santa Fe, San Diego, San Francisco, London, Cambridge, Geneva, Milan, Padua, Hong Kong, Singapore, Tokyo, British Virgin Islands, Sydney

This email (and any attachments) is confidential and may also be legally privileged. If you are not the intended recipient please immediately notify the sender then delete it from your system. You should not copy it or use it for any purpose nor disclose its contents to any other person.