January 05, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 772477634380

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | M.PAZZAGLIA | **Delivery Location:** | 9 RUE STE. ZITHE |
| **Service type:** | International Priority | | LUXEMBOURG, 2763 |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required | **Delivery date:** | Jan 4, 2021 09:57 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 772477634380 | **Ship Date:** | Dec 26, 2020 |
| | | **Weight:** | 2.9 LB/1.32 KG |

**Recipient:**
JOSE GARCIA, CARLISLE INVESTMENT GROUP S.A R.L
9 RUE SAINTE ZITHE
LUXEMBOURG, LU, 2763

**Shipper:**
EDWARD GRIFFITH, ESQ.,
45 BROADWAY, SUITE 2200
NEW YORK, NY, US, 10006



Thank you for choosing FedEx

January 05, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 772477437638

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | M.PAZZAGLIA | **Delivery Location:** | 9 RUE STE. ZITHE |
| **Service type:** | International Priority | | LUXEMBOURG, 2763 |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required | **Delivery date:** | Jan 4, 2021 09:57 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 772477437638 | **Ship Date:** | Dec 26, 2020 |
| | | **Weight:** | 3.0 LB/1.36 KG |

**Recipient:**
JOSE GARCIA, CARLISLE INVESTMENT GROUP S.A R.L.
9 RUE SAINTE ZITHE
LUXEMBOURG, LU, 2763

**Shipper:**
EDWARD GRIFFITH, ESQ.,
45 BROADWAY, SUITE 2200
NEW YORK, NY, US, 10006




Thank you for choosing FedEx

January 05, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 772477426354

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | M.PAZZAGLIA | **Delivery Location:** | 9 RUE STE. ZITHE |
| **Service type:** | International Priority | | LUXEMBOURG, 2763 |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required | **Delivery date:** | Jan 4, 2021 09:57 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 772477426354 | **Ship Date:** | Dec 26, 2020 |
| | | **Weight:** | 2.9 LB/1.32 KG |

**Recipient:**
PILLO FIN. CONS. CORP C/O J. GARCI, CARLISLE INVESTMENT GROUP S.A R.L.
9 RUE SAINTE ZITHE
LUXEMBOURG, LU, 2763

**Shipper:**
EDWARD GRIFFITH, ESQ.,
45 BROADWAY, SUITE 2200
NEW YORK, NY, US, 10006



Thank you for choosing FedEx

FedEx

January 05, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 772477443839

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | M.PAZZAGLIA | **Delivery Location:** | 9 RUE STE. ZITHE |
| **Service type:** | International Priority | | LUXEMBOURG, 2763 |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required | **Delivery date:** | Jan 4, 2021 09:57 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 772477443839 | **Ship Date:** | Dec 26, 2020 |
| | | **Weight:** | 2.8 LB/1.27 KG |

**Recipient:**
TIM MOL, CARLISLE INVESTMENT GROUP S.A R.L.
9 RUE SAINTE ZITHE
LUXEMBOURG, LU, 2763

**Shipper:**
EDWARD GRIFFITH, ESQ.,
45 BROADWAY, SUITE 2200
NEW YORK, NY, US, 10006



Thank you for choosing FedEx

FedEx

January 05, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 772477432820

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | M.PAZZAGLIA | **Delivery Location:** | 9 RUE STE. ZITHE |
| **Service type:** | International Priority | | LUXEMBOURG, 2763 |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required | **Delivery date:** | Jan 4, 2021 09:57 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 772477432820 | **Ship Date:** | Dec 26, 2020 |
| | | **Weight:** | 2.9 LB/1.32 KG |

**Recipient:**
VICTOR HEGGELMAN, CARLISLE INVESTMENT GROUP S.A R.L.
9 RUE SAINTE ZITHE
LUXEMBOURG, LU, 2763

**Shipper:**
EDWARD GRIFFITH, ESQ.,
45 BROADWAY, SUITE 2200
NEW YORK, NY, US, 10006




Thank you for choosing FedEx