**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHIL NEUMAN,<br>Plaintiff,<br><br>-against -<br><br>JOSE GARCIA, TIM MOL, VICTOR HEGGELMAN, CARLISLE ACQUISITION VEHICLE, LLC, PILLO PORTSMOUTH HOLDING COMPANY, LLC, PILLO FINANCIAL CONSULTING CORP., and CARLISLE INVESTMENT GROUP, S.À R.L.,<br><br>Defendants. | Case No.: 1:20-cv-10723 (PKC)<br><br>**DECLARATION OF PHIL NEUMAN IN SUPPORT OF ORDER TO SHOW CAUSE** |

PHIL NEUMAN declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am the plaintiff in this action. I make this declaration in support of my motion by Order to Show Cause for leave to serve the following five defendants who maintain offices, or are located, in Luxembourg by email under Rules 4(f)(3) and 4(h)(2) of the Federal Rules of Civil Procedure:

(i) Jose Garcia
(ii) Tim Mol
(iii) Victor Heggelman
(iv) Pillo Financial Consulting Corp. (“Pillo Financial”), and
(v) Carlisle Investment Group, S.à r.l. (“Carlisle Investment”)

(collectively, the “Luxembourg Defendants”).

2. As set forth in the Amended Complaint, I am a shareholder of Carlisle Management Company S.C.A. (“Carlisle Management”), a Luxembourg partnership

that operates investment funds and is managed by its General Partner, Carlisle Investment. *See* Amended Complaint at, *e.g.*, ¶ 2. I am also the beneficial owner of a 50% interest in Carlisle Investment. *Id.* at, *e.g.*, ¶¶ 3-5.

3. Garcia, Mol and Heggelman are managers of Carlisle Investment and, in that role, hold positions of, respectively, CEO, COO and CFO of Carlisle Management. I have successfully corresponded with each of them for years at their Carlisle email addresses:

Jose Garcia REDACTED ,
Tim Mol REDACTED , and
Victor Heggelman REDACTED .

4. I corresponded with Garcia and Mol at those email addresses as recently as December 17, 2020. And I've corresponded with Heggelman at that email address as recently as June 2020.

5. In addition, email notice to Garcia, Mol and Heggelman constitutes email notice to Carlisle Investment, since they are managers of Carlisle Investment. *See*, *e.g.*, Letters dated November 22, 2020 and December 17, 2020 from Carlisle Management Company S.C.A. as represented by its general partner, Carlisle Investment Group, S.à r.l. (Exhibit 6) (executed by Garcia and Mol as "Managers").[1]

5. And email notice to Garcia constitutes email notice to Pillo Portsmouth

[1] Exhibits are annexed to the accompanying declaration of my counsel, Edward Griffith, executed on January 12, 2021 (Doc. 32).

because Garcia is the sole owner of Pillo Portsmouth. Pillo Portsmouth Interrogatory Responses (Exhibit 11) (Verified by Garcia).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2021
Brooklyn, New York

Phil Neuman