**Subject:** Re: Neuman v. Garcia, Case No. 1:20-cv-10723-PKC (SDNY)
**Date:** Tuesday, January 12, 2021 at 12:48:12 PM Eastern Standard Time
**From:** Hulme, James H.
**To:** Edward Griffith
**CC:** Rousseau, Jule, Leonardo Trivigno

Ed,

We disagree that our clients have been properly served. We will take that issue up with the Court at the appropriate time. We also deny that our clients are evading service. Indeed, Mr. Garcia has not been in Luxembourg since October 2020.

Jay

**James H. Hulme**
Partner

Arent Fox LLP | Attorneys at Law
1717 K Street, NW
Washington, DC 20006-5344
***202.802.9582*** COVID-19 OFFICE
202.857.6144 DIRECT | 202.857.6395 FAX
james.hulme@arentfox.com <mailto:james.hulme@ARENTFOX.COM> | www.arentfox.com
<http://www.arentfox.com/>
**CONFIDENTIALITY NOTICE**: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. Please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

On Jan 12, 2021, at 10:34 AM, Edward Griffith <eg@thegriffithfirm.com> wrote:

Hi Jule,

As you know Pillo Portsmouth Holding Company, LLC ("Pillo Portsmouth") was served on December 22, 2020 and its response to the Amended Complaint is due on January 20, 2021. Two more of your clients, Carlisle Investment Group, S.à r.l. and Victor Heggelman, were served yesterday in Luxembourg pursuant to Rule 4(f)(2)(C)(ii) and their responses are therefore due on January 25, 2021.

Your three other clients, Jose Garcia, Tim Mol and Pillo Financial Consulting Corp. ("Pillo Financial"), are evading service. A few hours ago, they refused to accept FedEx packages containing the summons, complaint, amended complaint and other initiating case documents, which were sent by the Court Clerk last Friday. *See* attached FedEx notifications.

Unless they agree that you may accept service on their behalf by 1:00 pm today, I will move by Order to Show Cause for permission to serve them by email under Rule 4(f)(3).

Best regards,

Ed

THE GRIFFITH FIRM
45 Broadway, Suite 2200
New York, New York 10006
(646) 645-3784 (mobile)

---

**From:** "Rousseau, Jule" <Jule.Rousseau@arentfox.com>
**Date:** Wednesday, January 6, 2021 at 12:17 PM
**To:** Edward Griffith <eg@thegriffithfirm.com>, "Hulme, James H." <James.Hulme@arentfox.com>
**Cc:** "Trivigno, Leonardo" <Trivigno@clm.com>
**Subject:** RE: Neuman v. Garcia, Case No. 1:20-cv-10723-PKC (SDNY)

Thanks Ed. Jay will be responding on behalf of Pillo.

**Jule Rousseau**
**Partner**

Arent Fox LLP | Attorneys at Law
1301 Avenue of the Americas, Floor 42
New York, NY 10019
212.484.3948 DIRECT | 212.484.3990 FAX
917.533.2034 CELL
jule.rousseau@arentfox.com | www.arentfox.com

---

**From:** Edward Griffith <eg@thegriffithfirm.com>
**Sent:** Wednesday, January 6, 2021 12:16 PM
**To:** Rousseau, Jule <Jule.Rousseau@arentfox.com>; Hulme, James H. <James.Hulme@arentfox.com>
**Cc:** Trivigno, Leonardo <Trivigno@clm.com>
**Subject:** Neuman v. Garcia, Case No. 1:20-cv-10723-PKC (SDNY)

Hi Jule,

Best wishes for the new year! I understand from Leonardo that he will serve the Interrogatory answers today on behalf of Carlisle Acquisition Vehicle, LLC.

Will you be able to serve answers today on behalf of Pillo Portsmouth Holding Company, LLC?

Best regards,

Ed

---

**From:** "Rousseau, Jule" <Jule.Rousseau@arentfox.com>
**Date:** Thursday, December 31, 2020 at 9:30 AM

**To:** Edward Griffith <eg@thegriffithfirm.com>, "LeVine, Richard" <Richard.LeVine@withersworldwide.com>, "Hulme, James H." <James.Hulme@arentfox.com>
**Cc:** Michel Jimenez <jimenezlunz@sjl-legal.com>
**Subject:** RE: Neuman v. Garcia, Case No. 1:20-cv-10723-PKC (SDNY)

Thanks, Ed. Received.

**Jule Rousseau**
**Partner**

Arent Fox LLP | Attorneys at Law
1301 Avenue of the Americas, Floor 42
New York, NY 10019
212.484.3948 DIRECT | 212.484.3990 FAX
917.533.2034 CELL
jule.rousseau@arentfox.com | www.arentfox.com

---

**From:** Edward Griffith <eg@thegriffithfirm.com>
**Sent:** Wednesday, December 30, 2020 8:24 PM
**To:** LeVine, Richard <Richard.LeVine@withersworldwide.com>; Rousseau, Jule <Jule.Rousseau@arentfox.com>; Hulme, James H. <James.Hulme@arentfox.com>
**Cc:** Michel Jimenez <jimenezlunz@sjl-legal.com>
**Subject:** Re: Neuman v. Garcia, Case No. 1:20-cv-10723-PKC (SDNY)

Hi Jule,

Hope you had a merry Christmas and are enjoying the year-end holidays.

Attached please find the Court's December 23, 2020 Order and Interrogatories served by hand today on defendants Pillo Portsmouth Holding Company, LLC and Carlisle Acquisition Vehicle, LLC. Pursuant to the Order, the interrogatory responses are due in seven days, on January 6, 2021.

Best regards,

Ed

THE GRIFFITH FIRM
45 Broadway, Suite 2200
New York, New York 10006
(646) 645-3784 (mobile)

---

**From:** Edward Griffith <eg@thegriffithfirm.com>
**Date:** Wednesday, December 23, 2020 at 11:42 AM
**To:** "LeVine, Richard" <Richard.LeVine@withersworldwide.com>, "Rousseau, Jule" <Jule.Rousseau@arentfox.com>, "Hulme, James H." <James.Hulme@arentfox.com>
**Cc:** Michel Jimenez <jimenezlunz@sjl-legal.com>
**Subject:** Re: Neuman v. Garcia, Case No. 1:20-cv-10723-PKC (SDNY)

Jule,

Please see the attached Initial Pretrial Conference Order.

Best regards,

Ed

---

**From:** Edward Griffith <eg@thegriffithfirm.com>
**Date:** Tuesday, December 22, 2020 at 8:51 PM
**To:** "LeVine, Richard" <Richard.LeVine@withersworldwide.com>, "Rousseau, Jule" <Jule.Rousseau@arentfox.com>, "Hulme, James H." <James.Hulme@arentfox.com>
**Cc:** Michel Jimenez <jimenezlunz@sjl-legal.com>
**Subject:** Neuman v. Garcia, Case No. 1:20-cv-10723-PKC (SDNY)

Dear Jule,

Please find attached the following documents:

- Summonses issued in *Neuman v. Garcia, et al.*, Case No. 1:20-cv-10723-PKC (SDNY);
- The complaint with exhibits;
- The Civil Cover Sheet;
- Judge Castel's Individual Rules;
- The court's ECF Rules; and
- Proof of Service on Pillo Portsmouth Holding Company, LLC ("Pillo Portsmouth") and Carlisle Acquisition Vehicle, LLC ("CAV").

Responses from Pillo Portsmouth and CAV are due on January 12, 2021.

Please let me know if you are authorized to accept service by email on behalf of the other defendants.

Best regards,

Ed

THE GRIFFITH FIRM
45 Broadway, Suite 2200
New York, New York 10006
(646) 645-3784 (mobile)

---

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

<Jose Garcia (refused delivery).pdf><Pillo Financial (refused delivery).pdf><Tim Mol (refused delivery).pdf>

---

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.