Carlisle Management Company S.C.A.
*Société en commandite par actions*
Registered office: 9, rue Sainte Zithe - L-2763 Luxembourg
R.C.S. Luxembourg B 144.257
(the **Company**)

17 November 2020

To:
Phil Neuman
1000 North Green Valley Parkway
Suite 440, Unit 396
Henderson, Nevada 89074
United States of America

By registered letter with acknowledgement of receipt
With copy to:

REDACTED

Dear Phil

We refer to your letter dated 13 November 2020 regarding your inquiry to send a representative to inspect at the Company's registered office the documentation made available to Carlisle Acquisition Vehicle, LLC in accordance with section 5.8. of the shareholders agreement relating to the Company dated 2 May 2019, namely:

- The quarterly management reports on the Company's assets under management; and
- The Company's audited financial statements.

Due to the world-wide COVID-19 pandemic, the Luxembourg government has urged its population to keep personal contacts at a minimum and to work at home whenever possible. This guideline has been reiterated by the Luxembourg supervisory authority for the financial sector (the **CSSF**), which is also responsible for the regulatory supervision of the Company. On 23 October 2020 the CSSF stressed once again that it is essential that the entities under the CSSF's supervision contribute to prevent the propagation of COVID 19, while ensuring business continuity. The CSSF therefore requested that people work from home wherever possible and that supervised entities define organisational rules with respect to internal and external meetings and regarding the reception of visitors.

The Company takes the health situation of its employees very seriously and therefore aims to keep contacts at an absolute minimum. Until further notice, visits to the Company's office have been suspended and meetings may take place only via electronic means.

In order to meet your inquiry during these exceptional times, we suggest to provide you with the latest quarterly management report and the latest available audited financial statements of the Company by email and to organize a meeting via zoom to discuss any questions that you may have on these documents. Kindy provide us with your availabilities by contacting Jose Garcia and Tim Mol at the email addresses mentioned above to organize a meeting.

Yours faithfully,

Carlisle Management Company S.C.A.
represented by its general partner, Carlisle Investment Group S.à r.l.

________________________
Name: Tim Mol
Title: Manager

________________________
Name: Jose Garcia
Title: Manager

Carlisle Management Company S.C.A.
*Société en commandite par actions*
Registered office: 9, rue Sainte Zithe - L-2763 Luxembourg
R.C.S. Luxembourg B 144.257
(the **Company**)

23 November 2020

To:
Phil Neuman
1000 North Green Valley Parkway
Suite 440, Unit 396
Henderson, Nevada 89074
United States of America

By registered letter with acknowledgement of receipt
With copy to:

REDACTED

Dear Phil

We refer to the email sent by Richard LeVine on your behalf on 18 November 2020 responding to our letter dated 17 November 2020.

We confirm that all documentation made available to the Co-Investor (as defined under the shareholders agreement relating to the Company dated 2 May 2019 (the "**SHA**")) in accordance with section 5.8. of the SHA will be made available to you and your lawyers either by email or electronically.

Apart from the quarterly management reports, no information or documents were made available by the Company to the Co-Investor in accordance with section 5.8. of the SHA.. Apart from the fact that no entitlement to access any such information exists – neither for the Co-Investor nor for yourself – the Company is bound by various contractual confidentiality obligations in relation to these documents and access to information regarding the underlying policies / life expectancies is restricted under data privacy rules by which the Company is bound.

Within the framework of these confidentiality obligations we can confirm that the Company has not taken any loan other than as disclosed in the Company's financial statements and/or permitted in the SHA and that in particular the Company did not take a USD 240,000,000 as inquired in the emails sent by Richard LeVine on 13 November and 18 November 2020 respectively. As you may know, the regulatory status of the Company prevents it from incurring external debt. Regulatory compliance is a corner stone of the Company' s business and operations.

We would like to remind you that while we are committed to provide you with any and all information that you are entitled to in accordance with the SHA and your letter agreement with the Company dated 29 January 2019 as well as in your capacity as shareholder of the Company, you have agreed under article 5.1 (c) of the SHA not to participate in or interfere with the management of the Company, except in those limited cases expressly provided for in the SHA. Moreover, Carlisle Investment Group S.à r.l., as general partner of the Company, has been vested with the broadest powers to perform all acts of administration and disposition in the Company's interest and is, as such, under no obligation to consult its shareholders on any management decisions (except for those set out in the law, the articles of association of the Company or the SHA).

Yours faithfully,

Carlisle Management Company S.C.A.
represented by its general partner, Carlisle Investment Group S.à r.l.

______________________
Name: Tim Mol
Title: Manager

______________________
Name: Jose Garcia
Title: Manager

Carlisle Management Company S.C.A.
*Société en commandite par actions*
Registered office: 9, rue Sainte Zithe - L-2763 Luxembourg
R.C.S. Luxembourg B 144.257
(the **Company**)

17 December 2020

To:

SJL Jimenez Lunz Law Firm
Attn. of Mr. Michel Jimenez Lunz
2 Rue Heinrich Heine
L-1711 Luxembourg
jimenezlunz@sjl-legal.com

By email with copy to:

REDACTED

**RE: Legal Concerns – Phil Neuman**

Dear Mr. Jimenez Lunz,

We refer to your letter dated 15 December 2020 which you addressed to the Company in your capacity as legal counsel of Phil Neuman, a shareholder of the Company.

We will look into the issues raised in your letter and respond within a reasonable period of time, allowing us to address your points with due care.

Yours faithfully

Carlisle Management Company S.C.A.
represented by its general partner, Carlisle Investment Group S.à r.l.

___________________________
Name: Tim Mol
Title: Manager

___________________________
Name: Jose Garcia
Title: Manager