# PILLO FINANCIAL CONSULTING Corp. - Initial File Number: 221536

Main Reports Trade Names Beneficial Owners

## Entity Info

**Business Name**
PILLO FINANCIAL CONSULTING

**Suffix**
Corp.

**Registration / Effective Date**
5/20/2002

**Commencement Date**
5/20/2002

**Entity Status**
Revoked

**Foreign Name**
NA

**Date of Organization**
5/20/2002

**State**
District of Columbia

**Country**
USA

## Business Address

**Line1**

1607 45TH STREET, NW

**Line2**

| City | State | Zip |
|---|---|---|
| WASHINGTON | District of Columbia | 20007 |

## Agent

**Is non-commercial Registered Agent?**
Yes

**Name**
JOSE GARCIA

## Address

**Line1**
1607 45TH ST. NW

**Line2**

| City | State | Zip |
|---|---|---|
| Washington | District of Columbia | 20008 |

**Email**

**Return to Home**

CCheck=1)

- Subscribe to Newsletters (https://public.govdelivery.com/accounts/DCWASH/subscriber/new?)
- Report Website Problems (http://dcforms.dc.gov/web dc-government-website)
- Send Feedback (http://feedback.dc.gov/)
- Service Request Center (http://311.dc.gov/)