**From:** Edward Griffith <eg@thegriffithfirm.com>
**Date:** December 22, 2020 at 8:51:26 PM EST
**To:** "LeVine, Richard" <Richard.LeVine@withersworldwide.com>, "Rousseau, Jule" <Jule.Rousseau@arentfox.com>, "Hulme, James H." <James.Hulme@arentfox.com>
**Cc:** Michel Jimenez <jimenezlunz@sjl-legal.com>
**Subject: Neuman v. Garcia, Case No. 1:20-cv-10723-PKC (SDNY)**

Dear Jule,

Please find attached the following documents:

· Summonses issued in Neuman v. Garcia, et al., Case No. 1:20-cv-10723-PKC (SDNY);

· The complaint with exhibits;

· The Civil Cover Sheet;

· Judge Castel's Individual Rules;

· The court's ECF Rules; and

· Proof of Service on Pillo Portsmouth Holding Company, LLC ("Pillo Portsmouth") and Carlisle Acquisition Vehicle, LLC ("CAV").

Responses from Pillo Portsmouth and CAV are due on January 12, 2021.

Please let me know if you are authorized to accept service by email on behalf of the other defendants.

Best regards,

Ed

THE GRIFFITH FIRM
45 Broadway, Suite 2200
New York, New York 10006
(646) 645-3784 (mobile)
.