**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHIL NEUMAN | Case No. 20 Civ. 10723 (PKC) |
| Plaintiff, | |
| - against - | **VERIFIED INTERROGATORY RESPONSES BY DEFENDANT PILLO PORTSMOUTH HOLDING COMPANY, LLC** |
| JOSE GARCIA, et al., | |
| Defendants. | |

Pursuant to an Order, dated December 23, 2020 (the "Order"), of the United States District Court for the Southern District of New York in this matter, Defendant Pillo Portsmouth Holding Company, LLC ("Pillo"), by its undersigned counsel, hereby submits its responses to the Interrogatories Regarding Citizenship propounded by Plaintiff Phil Neuman ("Plaintiff") dated December 30, 2020 (the "Interrogatories"):

## RESERVATION OF RIGHTS

Pillo, by its counsel, is in receipt of Plaintiff's Interrogatories. The Interrogatories are pursuant to the Court's Order. The Order raised questions about the lack of diversity of citizenship among parties to this action, and gave Plaintiff fourteen days to "serve upon the LLC defendants an interrogatory limited to the citizenship of all natural persons who are their members, and, if any corporation is a member, the jurisdiction under whose laws it is incorporated and the principal place of business."

In light of the Court's Order, Pillo answers Plaintiff's Interrogatories. However, it does so without waiving any of its rights with respect to, *inter alia* and without limitation, personal jurisdiction, issuance of process, service of process, and *forum non conveniens*, among other issues. Subject to these reservations, Pillo states as follows:

**RESPONSES TO INTERROGATORIES**

**Interrogatory No. 1:** Please identify each member of Pillo Portsmouth Holding Company, LLC as of December 18, 2020.

**Response:** Jose Casares Garcia was the only member of Pillo Portsmouth Holding Company, LLC as of December 18, 2020.

**Interrogatory No. 2:** For each person identified in your response to Interrogatory No. 1, please provide the following information:

(a) If the person is a natural person, state that natural person's citizenship.

(b) If the person is a corporation, state the jurisdiction under which that corporation is organized and its principal place of business.

(c) If the person is a partnership or limited liability company, identify each partner or member of that person and for each such partner or member, provide the information requested in subparagraphs (a), (b) and (c) of this interrogatory.

**Response:**

(a) Jose Casares Garcia is a citizen of Spain.

(b) No answer is required to this interrogatory.

(c) No answer is required to this interrogatory.

Dated: January 6, 2021

ARENT FOX LLP

/s/ *James H. Hulme*
James H. Hulme (*pro hac* application to be submitted)
1717 K Street NW
Washington, D.C. 20006
Telephone: (202) 857-6109
Email: james.hulme@arentfox.com

Julius A. Rousseau, III
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone: (212) 484-3948
Email: jule.rousseau@arentfox.com

*Attorneys for Defendants Jose Garcia and Pillo Portsmouth Holding Company LLC*

*Via Email and First Class Mail:*

THE GRIFFITH FIRM
Edward Griffith, Esq.
45 Broadway, Suite 2200
New York, New York 10006
Email: eg@thegriffithfirm.com

*Attorneys for Plaintiff Phil Neuman*

**VERIFICATION**

I, Jose Casares Garcia, pursuant to 28 U.S.C. § 1746, I declare under the penalties of perjury under the laws of the United States of America that the following is true and correct:

I am the sole member of Pillo Portsmouth Holding Company LLC ("Pillo"), a Defendant named in this action. I have read the foregoing Verified Interrogatory Responses by Defendant Pillo Portsmouth Holding Company, LLC, and the facts set forth therein are true to the best of my information, knowledge, and belief.

Executed on: January 6, 2021

________________________________
José Garcia