Case 1:20-cv-10723-PKC Document 31 Filed 01/13/21 Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x

PHIL NEUMAN,

Plaintiff,

-against -

JOSE GARCIA, TIM MOL, VICTOR HEGGELMAN, CARLISLE ACQUISITION VEHICLE, LLC, PILLO PORTSMOUTH HOLDING COMPANY, LLC, PILLO FINANCIAL CONSULTING CORP., and CARLISLE INVESTMENT GROUP, S.À R.L.,

Defendants.

---------------------------------------------------x

Case No.: 1:20-cv-10723 (PKC)

**ORDER TO SHOW CAUSE WHY LUXEMBOURG DEFENDANTS SHOULD NOT BE SERVED BY EMAIL UNDER RULES 4(f)(3) AND 4(h)(2)**

CASTEL, U.S.D.J.

Upon the declaration of plaintiff's counsel Edward Griffith executed on January 12, 2021 (Doc. 32), the exhibits annexed thereto (Docs. 32-1 through 32-xx), and the accompanying memorandum of law (Doc. 33),

LET defendants Jose Garcia, Tim Mol, Victor Heggelman, Pillo Financial Consulting Corp. ("Pillo Financial") and Carlisle Investment Group, S.à r.l. ("Carlisle Investment") (collectively, the "Luxembourg Defendants") show cause ~~at a hearing to be held on January ___, 2021 at ______ a.m./p.m. in Courtroom 11D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York,~~ in writing why an Order ought not be entered allowing email service of the Summons, Complaint, Amended Complaint and other initiating case documents

on them under Rules 4(f)(3) and 4(h)(2) of the Federal Rules of Civil Procedure. Answering papers shall be filed by January 22, 2021. Any reply shall be filed by January 27, 2021.

This Order and all submissions by plaintiff, including the Summonses, Complaint, Amended Complaint, and supporting declaration and exhibits, shall be served by email upon the Luxembourg Defendants and their counsel by January 15, 2021.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
January 14, 2021