**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x

PHIL NEUMAN,

Plaintiff,

-against -

JOSE GARCIA, *et al.*,

Defendants.

---------------------------------------------------x

Case No.: 1:20-cv-10723 (PKC)

**CERTIFICATE OF SERVICE**

EDWARD GRIFFITH certifies under penalty of perjury as follows:

1. On January 14, 2021, I served by email the Court's Order to Show Cause (Doc. 35), the Summonses (Docs. 11-18), the Complaint (Doc. 1), the Amended Complaint (Doc. 23), my supporting Declaration (Doc. 34), the supporting Memorandum of Law (Doc. 33) and unredacted versions of Exhibits 6 and 14 to my Declaration to the following parties:

Jose Garcia REDACTED
Tim Mol REDACTED
Victor Heggelman REDACTED
Carlisle Investment Group S.à r.l. REDACTED
Pillo Financial Consulting Corp. REDACTED
James H. Hulme, Esq. (james.hulme@arentfox.com)
Jule Rousseau, Esq. (jule.rousseau@arentfox.com)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 14, 2021
Brooklyn, New York

*/s/ Edward Griffith*

Edward Griffith