UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHIL NEUMAN,

Plaintiff,

– against –

JOSE GARCIA, TIM MOL, VICTOR HEGGELMAN, CARLISLE ACQUISITION VEHICLE, LLC, PILLO PORTSMOUTH HOLDING COMPANY, LLC, PILLO FINANCIAL CONSULTING CORP., and CARLISLE INVESTMENT GROUP, S.À R.L.,

Defendants.

Docket No: 1:20-cv-10723-PKC

**NOTICE OF APPEARANCE ON BEHALF OF**
**DEFENDANT CARLISLE ACQUISITION VEHICLE, LLC**

PLEASE TAKE NOTICE that Leonardo Trivigno of Carter Ledyard & Milburn LLP appears for Defendant Carlisle Acquisition Vehicle, LLC in the above-referenced action, and demands that a copy of all notices and other papers in this action be served upon counsel at the address set forth below.

Dated: January 20, 2021
New York, New York

CARTER LEDYARD & MILBURN LLP

By: /s/ *Leonardo Trivigno*
Leonardo Trivigno
2 Wall Street
New York, NY 10005
Tel.: (212) 238-8724
Fax: (212) 732-3232
trivigno@clm.com

*Attorneys for Defendant Carlisle Acquisition Vehicle, LLC*