# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

**Leonardo Trivigno**
**Counsel**
•
*Direct Dial: 212-238-8724*
*E-mail: trivigno@clm.com*

*2 Wall Street*
*New York, NY 10005-2072*
•
*Tel (212) 732-3200*
*Fax (212) 732-3232*

*570 Lexington Avenue*
*New York, NY 10022-6856*
*(212) 371-2720*

January 20, 2021

**VIA ECF**

The Honorable P. Kevin Castel
United States Courthouse, Courtroom 11D
500 Pearl Street
New York, New York 10007

Re: *Neuman v. Garcia, et al.* (Docket No. 20-cv-10723 (PKC))

Dear Judge Castel:

This firm represents Defendant Carlisle Acquisition Vehicle, LLC ("CAV") in the above referenced action. The next scheduled conference before the Court is February 22, 2021.

I write to respectfully request the Court's approval of a 30-day extension, or until February 19, 2021, for CAV to answer or otherwise respond to the First Amended Complaint [ECF No. 23]. CAV seeks the requested extension to allow time for CAV to investigate the allegations set forth in the First Amended Complaint, as well as to investigate CAV's defenses, jurisdictional defenses and affirmative defenses. The current deadline for CAV to answer or otherwise respond is January 21, 2021. This is the first request for an extension of time. Plaintiff has consented to the requested extension. The requested extension does not affect any other scheduled dates.

Respectfully submitted,

*/s/ Leonardo Trivigno*

Leonardo Trivigno

LT:tbm

Cc: All counsel of record (via ECF)