**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PHIL NEUMAN,

Plaintiff.

v.

JOSE GARCIA, *et al.*,

Defendants.

Case No. 20 Civ. 10723 (PKC)

**DECLARATION OF ANNA PAZZAGLIA**

I, Anna Pazzaglia, do depose and state:

1. I am a citizen of Italy, and I am an adult over the age of twenty-one years of age.

2. I work as an office assistant at Carlisle Management Company located at 9 Rule Sainte Zithe, Grand Duchy of Luxembourg. This is the office address for Carlisle Management Company and its affiliated companies. It is not a residential or home address for any individual.

3. On January 11, 2021, Federal Express delivered two packages addressed to Victor Heggelman and Carlisle Management Compabt, which I signed for. Upon opening the packages, I discovered that they contained formal court papers that I am not authorized to accept or receive. Thus, when other Federal Express packages were later presented that clearly contained additional formal court papers, I declined to accept them for that reason.

4. Neither Victor Heggelman, Timmo Mol, or Jose Garcia were in the office on the days that Federal Express delivered the packages or attempted to deliver the packages. In fact, all three individuals have been away from the offices for many weeks because of the COVID restrictions imposed in the Duchy of Luxembourg.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 22nd January 2021

Anna Mazzaglia