AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Phil Neuman
*Plaintiff*
v.
Jose Garcia, et al.
*Defendant*

Case No. 1:20-cv-10723-PKC

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Jose Garcia, Tim Mol, Victor Heggelman, Pillo Portsmouth Holding Company, LLC, Pillo Financial Consulting Corp., and Carlisle Investment Group, S.a.r.l. .

Date: 01/24/2021

/s/ Julius A. Rousseau, III
*Attorney's signature*

Julius A. Rousseau, III JR-6100
*Printed name and bar number*

Arent Fox LLP
1301 Avenue of the Americas, Floor 42
New York, New York 10019
*Address*

jule.rousseau@arentfox.com
*E-mail address*

(212) 484-3900
*Telephone number*

(212) 484-3990
*FAX number*