# MEMORIAL

Journal Officiel
du Grand-Duché de
Luxembourg

# MEMORIAL

Amtsblatt
des Großherzogtums
Luxemburg

RECUEIL DE LEGISLATION

A — N° 48

7 août 1978


## SOMMAIRE


Arrêté grand-ducal du 4 juillet 1978 portant publication des modifications apportées au règlement de police pour la navigation de la Moselle, publié par arrêté grand-ducal du 18 juin 1971 ..................................................... page 1058

Arrêté grand-ducal du 4 juillet 1978 portant publication des modifications apportées au tarif des péages sur la Moselle ainsi qu´aux annexes 2a, 2b, 2c, 4a, 4b et 4c du tarif des péages, publiés par arrêté grand-ducal du 23 mai 1964 ..................................................................................................... 1061

Convention relative à la signification et la notification à l´étranger des actes judiciaires et extrajudiciaires en matière civile ou commerciale, faite à La Haye, le 15 novembre 1965 — Retrait d´une déclaration par le Grand-Duché de Luxembourg ........................................................................... 1070

Convention sur les droits politiques de la femme, ouverte à la signature à New York, le 31 mars 1953 — Retrait d´une réserve de la Belgique ............ 1070

Règlements communaux ..................................................................................... 1071

**Arrêté grand-ducal du 4 juillet 1978 portant publication des modifications apportées au règlement de police pour la navigation de la Moselle, publié par arrêté grand-ducal du 18 juin 1971.**

Nous JEAN, par la grâce de Dieu, Grand-Duc de Luxembourg, Duc de Nassau,

Vu l´article 32 de la Convention entre le Grand-Duché de Luxembourg, la République Fédérale d´Allemagne et la République Française au sujet de la canalisation de la Moselle, signée à Luxembourg, le 27 octobre 1956 et approuvée par la loi du 29 décembre 1956;

Vu l´arrêté grand-ducal du 18 juin 1971 portant publication du règlement de police pour la navigation de la Moselle;

Vu les décisions de la Commission de la Moselle du 23 mai 1978 modifiant le règlement de police pour la navigation de la Moselle;

Vu l´article 27 de la loi du 8 février 1961 portant organisation du Conseil d´Etat et considérant qu´il y a urgence;

Sur le rapport de Notre Ministre des Affaires Etrangères et du Commerce Extérieur et de Notre Ministre des Transports et après délibération du Gouvernement en Conseil;

Arrêtons:

**Art. 1er.** Les modifications suivantes sont apportées au règlement de police pour la navigation de la Moselle suivant décision de la Commission de la Moselle en date du 23 mai 1978:

(1) A l´annexe 9 du règlement de police le chiffre 2, littera d), est rédigé comme suit:
« d) les matières de la classe IIIb, à l´exception des matières du 1°, 2°, 9°, 10° et 11°; »

Cette modification est mise en vigueur, en application de l´article 1.22, chiffre 3, du règlement de police, pour la période du 1er juillet 1978 au 30 septembre 1980, sauf abrogation antérieure.

(2) A l´article 1.01 du règlement de police, in fine du littera d), est ajouté le texte suivant:
« le terme « barge de navire » désigne une barge de poussage construite pour être transportée à bord de navires de mer et pour naviguer sur les voies de navigation intérieure; »

(3) A l´article 6.16 du règlement de police le dernier alinéa du chiffre 5 est remplacé par un chiffre 6, libellé comme suit:

« 6. Un feu rouge placé entre deux traits lumineux blancs disposés en forme de flèche, signal A.12 (annexe 7), signifie que l´entrée du port ou de la voie affluente située dans la direction indiquée par la pointe de la flèche est interdite. »




(4) A l´article 6.30 du règlement de police, in fine du chiffre 1, les mots «un interphone» sont remplacés par les mots « une liaison phonique ».

(5) A l´article 6.35 du règlement de police, au deuxième alinéa du chiffre 1, les mots « voie 13 » sont remplacés par les mots « voie 10 ».

(6) L´article 7.02, du règlement de police est rédigé comme suit:

**« Article 7.02**

Sécurité d´ancrage et d´amarrage

Les bâtiments, assemblages de bâtiments et matériels flottants en stationnement, ainsi que les établissements flottants, doivent être ancrés ou amarrés de telle façon qu´ils ne puissent changer de posi-

tion et ainsi constituer un danger ou une gêne pour les autres bâtiments compte tenu notamment du vent et des variations du niveau de l´eau, ainsi que de la succion et du remous. »

(7) A la suite de l´article 8.03 du règlement de police est inséré l´article 8.03bis suivant:

**« Article 8.03bis**

Convois poussés comprenant des barges de navire

Les barges de navire ne peuvent pas être placées en tête d´un convoi poussé.
Toutefois, les autorités compétentes pour les secteurs à parcourir peuvent accorder des dérogations.»

(8) Les chiffres 1. et 4. de l´article 9.03 du règlement de police sont rédigés comme suit:

« 1. Sauf instructions contraires du personnel éclusier, tous les bâtiments dont les dimensions sont plus faibles que celles du sas de l´écluse à nacelles (18 m de long, 3,40 m de large, 1,50 m de tirant d´eau) doivent obligatoirement l´emprunter. Cette obligation ne s´applique pas aux bâtiments à passagers ayant des passagers à bord. »

« 4. Les vannes et portes des écluses à nacelles doivent être manœuvrées par les usagers eux-mêmes en se conformant aux instructions affichées sur place. L´entrée et la sortie des écluses à nacelles ne sont autorisées qu´après ouverture complète des portes. Les utilisateurs de l´écluse à nacelles doivent prendre garde aux bâteaux de sport sortant de la rigole pour bâteaux de sport. »

(9) A l´annexe 7 du règlement de police le texte accompagnant le signal A.12 est remplacé par le texte suivant:

« A.12 Interdiction d´entrer dans un port ou une voie affluente (voir article 6.16) »

Les amendements au règlement de police, dont le texte figure aux numéros (2), (3), (4), (5), (6), (7), (8) et (9) du présent arrêté, sont mis en vigueur à la date du 1er janvier 1979. Les prescriptions temporaires correspondantes sont abrogées à partir de la même date.

(10) A l´annexe 7 du règlement de police le signal E.15 est modifié comme suit:

E.15 Parcours de ski nautique






Cette modification est mise en vigueur, en application de l´article 1.22, chiffre 3, du règlement de police, pour la période du 1er juillet 1978 au 30 juin 1981, sauf abrogation antérieure.

(11) A l´article 6.17 du règlement de police le texte du chiffre 4 est modifié comme suit:

« 4. Les pratiquants de sports nautiques ne se trouvant pas à bord d´un bâtiment doivent s´écarter des bâtiments et matériels flottants faisant route; il leur est interdit de s´approcher des engins flottants au travail. »

Cette modification est mise en vigueur, en application de l´article 1.22, chiffre 3, du règlement de police, pour la période du 1er juillet 1978 au 30 juin 1981, sauf abrogation antérieure.

(12) La validité des prescriptions temporaires relatives à l´article 6.35, chiffre 1, du règlement de police est prorogée, en application de l´article 1.22, chiffre 3, du règlement de police, pour la période du 1er octobre 1978 au 31 décembre 1978, sauf abrogation antérieure.

**Art. 2.** Notre Ministre des Affaires Etrangères et du Commerce Extérieur et Notre Ministre des Transports sont chargés de l´exécution du présent arrêté qui sera publié au Mémorial.

Château de Berg, le 4 juillet 1978
**Jean**

*Le Ministre des Affaires Etrangères et du Commerce Extérieur,*
**Gaston Thorn**

*Le Ministre des Transports,*
**Josy Barthel**

SERVICE CENTRAL DE LEGISLATION

**Arrêté grand-ducal du 4 juillet 1978 portant publication des modifications apportées au tarif des péages sur la Moselle ainsi qu´aux annexes 2a, 2b, 2c, 4a, 4b et 4c du tarif des péages, publiés par arrêté grand-ducal du 23 mai 1964.**

Nous JEAN, par la grâce de Dieu, Grand-Duc de Luxembourg, Duc de Nassau;

Vu la Convention entre le Grand-Duché de Luxembourg, la République Fédérale d´Allemagne et la République Française au sujet de la canalisation de la Moselle, signée à Luxembourg, le 27 octobre 1956 et approuvée par la loi du 29 décembre 1956;

Vu l´arrêté grand-ducal du 23 mai 1964 portant publication du tarif des péages et les arrêtés grand-ducaux subséquents portant modification du tarif des péages sur la Moselle;

Vu les décisions de la Commission de la Moselle du 23 mai 1978 modifiant le tarif des péages sur la Moselle;

Vu l´article 27 de la loi du 8 février 1961 portant organisation du Conseil d´Etat et considérant qu´il y a urgence;

Sur le rapport de Notre Ministre des Affaires Etrangères et du Commerce Extérieur et de Notre Ministre des Transports et après délibération du Gouvernement en Conseil;

Arrêtons:

**Art. 1er.** Les modifications suivantes sont apportées au tarif des péages ainsi qu´aux annexes 2a, 2b, 2c, 4a, 4b et 4c du tarif des péages suivant décision de la Commission de la Moselle en date du 23 mai 1978:

(1) Le numéro 3 de la Section A du tarif des péages est modifié comme suit:

*Numéro*

3 A l´exception des cas visés dans la section D III, des droits d´éclusage (Section C) sont perçus pour les bateaux suivants à chaque passage d´écluse:
- *a)* menues embarcations autres que les bateaux de plaisance,
- *b)* bateaux de plaisance,
- *c)* bâtiments de plus de 15 tonnes de port en lourd autres que ceux visés au numéro 2 ci-dessus et établissements flottants.

(2) Les numéros 13 et 14 de la Section B du tarif des péages sont modifiés comme suit:

*a)* Relèvement, à partir du 1er juillet 1978, des tarifs d´application des classes II, III, IV, V et VI comme indiqué dans le tableau ci-dessous:

| | *Nouveau tarif* | *Tarif actuel* |
|---|---|---|
| | pf/tkm | pf/tkm |
| Classe II | | |
| Tarif normal d´après le barème 2 | 1,120 | 1,065 |
| Classe III | | |
| Tarif normal d´après le barème 3 | 1,055 | 0,990 |
| Classe IV | | |
| Tarif normal d´après le barème 4 | 0,900 | 0,850 |
| Tarif d´exception d´après le barème 4bis | 0,835 | 0,790 |
| Classe V | | |
| Tarif normal d´après le barème 5 | 0,690 | 0,650 |
| Tarif d´exception d´après le barème 7 | 0,495 | 0,465 |
| Tarif d´exception d´après le barème 11 | 0,345 | 0,325 |

SERVICE CENTRAL DE LEGISLATION

| | *Nouveau tarif* | *Tarif actuel* |
|---|---|---|
| Classe VI | pf/tkm | pf/tkm |
| Tarif normal d´après le barème 8 | 0,460 | 0,420 |
| Tarif d´exception d´après le barème 9 | 0,415 | 0,380 |
| Tarif d´exception d´après le barème 10 | 0,380 | 0,345 |
| Tarif d´exception d´après le barème 12 | 0,340 | 0,310 |

b) Prorogation du tarif d´exception pour le sulfate de baryum (N° 79 et N° 80 du Tableau des marchandises) jusqu´au 31 décembre 1978.

(3) Les numéros 18, 19 et 20 de la section C du tarif des péages sont modifiés comme suit:

**Section C**
**Droits d´éclusage**

Les droits d´éclusage à payer pour chaque passage dans une écluse de navigation (annexes 4a, 4b, 4c,) sont les suivants:

18 Menues embarcations*) à l´exception des bateaux de plaisance
par unité: 6,— DM

19 Bateaux de plaisance, à savoir

*a)* embarcations à rames, yoles non pontées, canoës et autres bateaux à pagaie
par unité: 3,— DM

*b)* embarcations à moteur d´une longueur ne dépassant pas 6 mètres
par unité: 6,— DM

*c)* embarcations à moteur dont la longueur dépasse 6 mètres et voiliers à cabine
par unité: 9,— DM

20 Autres bâtiments de plus de 15 tonnes de port en lourd et établissements flottants ne servant ni au transport de marchandises ni à celui de passagers, par exemple établissements de bain, dragues, hangars à bateaux, bacs, bateaux-restaurants, bigues de levage, engins flottants de déroctage, grues flottantes, bateaux-ateliers et bateaux d´habitation

par unité et pour un plan d´eau occupé
jusqu´à 400 $m^2$ 6,— DM
jusqu´à 600 $m^2$ 9,— DM
au-delà de 600 $m^2$ 12,— DM

(4) Les annexes 2a, 2b, 2c, 4a, 4b et 4c du tarif des péages remplacent les anciennes annexes correspondantes publiées à la suite de l´arrêté grand-ducal du 23 mai 1964 portant publication du tarif des péages sur la Moselle.

**Art. 2.** Notre Ministre des Affaires Etrangères et du Commerce Extérieur et Notre Ministre des Transports sont chargés de l´exécution du présent arrêté qui sera publié au Mémorial.

Château de Berg, le 4 juillet 1978
**Jean**

*Le Ministre des Affaires Etrangères et du Commerce Extérieur,*
**Gaston Thorn**
*Le Ministre des Transports,*
**Josy Barthel**

---

*) au sens de l´article 1.01, lettre i, du Règlement de police pour la navigation de la Moselle.

# ANLAGE 2a

zum Tarif für die Schiffahrtabgaben auf der Mosel vom 1. Juni 1964
(gültig ab 1. Juli 1978)

—

## Befahrungsabgaben für Güter

Tarifsatzzeiger in Pfennigen (je Tonne)

| | BAREME | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 4a | 5 | 7 | 8 | 9 | 10 | 11 | 12 |
| Tarifsatz in Pf/tkm | 1,225 | 1,120 | 1,055 | 0,900 | 0,835 | 0,690 | 0,495 | 0,460 | 0,415 | 0,380 | 0,345 | 0,340 |
| Entfernungs-stufen in km | | | | | | | | | | | | |
| 1- 5 ( 3) | 3,675 | 3,360 | 3,165 | 2,700 | 2,505 | 2,070 | 1,485 | 1,380 | 1,245 | 1,140 | 1,035 | 1,020 |
| 6- 10 ( 8) | 9,800 | 8,960 | 8,440 | 7,200 | 6,680 | 5,520 | 3,960 | 3,680 | 3,320 | 3,040 | 2,760 | 2,720 |
| 11- 15 ( 13) | 15,925 | 14,560 | 13,715 | 11,700 | 10,855 | 8,970 | 6,435 | 5,980 | 5,395 | 4,940 | 4,485 | 4,420 |
| 16- 20 ( 18) | 22,050 | 20,160 | 18,990 | 16,200 | 15,030 | 12,420 | 8,910 | 8,280 | 7,470 | 6,840 | 6,210 | 6,120 |
| 21- 25 ( 23) | 28,175 | 25,760 | 24,265 | 20,700 | 19,205 | 15,870 | 11,385 | 10,580 | 9,545 | 8,740 | 7,935 | 7,820 |
| 26- 30 ( 28) | 34,300 | 31,360 | 29,540 | 25,200 | 23,380 | 19,320 | 13,860 | 12,880 | 11,620 | 10,640 | 9,660 | 9,520 |
| 31- 35 ( 33) | 40,425 | 36,960 | 34,815 | 29,700 | 27,555 | 22,770 | 16,335 | 15,180 | 13,695 | 12,540 | 11,385 | 11,220 |
| 36- 40 ( 38) | 46,550 | 42,560 | 40,090 | 34,200 | 31,730 | 26,220 | 18,810 | 17,480 | 15,770 | 14,440 | 13,110 | 12,920 |
| 41- 45 ( 43) | 52,675 | 48,160 | 45,365 | 38,700 | 35,905 | 29,670 | 21,285 | 19,780 | 17,845 | 16,340 | 14,835 | 14,620 |
| 46- 50 ( 48) | 58,800 | 53,760 | 50,640 | 43,200 | 40,080 | 33,120 | 23,760 | 22,080 | 19,920 | 18,240 | 16,560 | 16,320 |
| 51- 60 ( 55) | 67,375 | 61,600 | 58,025 | 49,500 | 45,925 | 37,950 | 27,225 | 25,300 | 22,825 | 20,900 | 18,975 | 18,700 |
| 61- 70 ( 65) | 79,625 | 72,800 | 68,575 | 58,500 | 54,275 | 44,850 | 32,175 | 29,900 | 26,975 | 24,700 | 22,425 | 22,100 |
| 71- 80 ( 75) | 91,875 | 84,000 | 79,125 | 67,500 | 62,625 | 51,750 | 37,125 | 34,500 | 31,125 | 28,500 | 25,875 | 25,500 |
| 81- 90 ( 85) | 104,125 | 95,200 | 89,675 | 76,500 | 70,975 | 58,650 | 42,075 | 39,100 | 35,275 | 32,300 | 29,325 | 28,900 |
| 91-100 ( 95) | 116,375 | 106,400 | 100,225 | 85,500 | 79,325 | 65,550 | 47,025 | 43,700 | 39,425 | 36,100 | 32,775 | 32,300 |
| 101-110 (105) | 128,625 | 117,600 | 110,775 | 94,500 | 87,675 | 72,450 | 51,975 | 48,300 | 43,575 | 39,900 | 36,225 | 35,700 |
| 111-120 (115) | 140,875 | 128,800 | 121,325 | 103,500 | 96,025 | 79,350 | 56,925 | 52,900 | 47,725 | 43,700 | 39,675 | 39,100 |
| 121-130 (125) | 153,125 | 140,000 | 131,875 | 112,500 | 104,375 | 86,250 | 61,875 | 57,500 | 51,875 | 47,500 | 43,125 | 42,500 |
| 131-140 (135) | 165,375 | 151,200 | 142,425 | 121,500 | 112,725 | 93,150 | 66,825 | 62,100 | 56,025 | 51,300 | 46,575 | 45,900 |
| 141-150 (145) | 177,625 | 162,400 | 152,975 | 130,500 | 121,075 | 100,050 | 71,775 | 66,700 | 60,175 | 55,100 | 50,025 | 49,300 |
| 151-160 (155) | 189,875 | 173,600 | 163,525 | 139,500 | 129,425 | 106,950 | 76,725 | 71,300 | 64,325 | 58,900 | 53,475 | 52,700 |
| 161-170 (165) | 202,125 | 184,800 | 174,075 | 148,500 | 137,775 | 113,850 | 81,675 | 75,900 | 68,475 | 62,700 | 56,925 | 56,100 |
| 171-180 (175) | 214,375 | 196,000 | 184,625 | 157,500 | 146,125 | 120,750 | 86,625 | 80,500 | 72,625 | 66,500 | 60,375 | 59,500 |
| 181-190 (185) | 226,625 | 207,200 | 195,175 | 166,500 | 154,475 | 127,650 | 91,575 | 85,100 | 76,775 | 70,300 | 63,825 | 62,900 |
| 191-200 (195) | 238,875 | 218,400 | 205,725 | 175,500 | 162,825 | 134,550 | 96,525 | 89,700 | 80,925 | 74,100 | 67,275 | 66,300 |
| 201-210 (205) | 251,125 | 229,600 | 216,275 | 184,500 | 171,175 | 141,450 | 101,475 | 94,300 | 85,075 | 77,900 | 70,725 | 69,700 |
| 211-220 (215) | 263,375 | 240,800 | 226,825 | 193,500 | 179,525 | 148,350 | 106,425 | 98,900 | 89,225 | 81,700 | 74,175 | 73,100 |
| 221-230 (225) | 275,625 | 252,000 | 237,375 | 202,500 | 187,875 | 155,250 | 111,375 | 103,500 | 93,375 | 85,500 | 77,625 | 76,500 |
| 231-240 (235) | 287,875 | 263,200 | 247,925 | 211,500 | 196,225 | 162,150 | 116,325 | 108,100 | 97,525 | 89,300 | 81,075 | 79,900 |
| 241-250 (245) | 300,125 | 274,400 | 258,475 | 220,500 | 204,575 | 169,050 | 121,275 | 112,700 | 101,675 | 93,100 | 84,525 | 83,300 |
| 251-260 (255) | 312,375 | 285,600 | 269,025 | 229,500 | 212,925 | 175,950 | 126,225 | 117,300 | 105,825 | 96,900 | 87,975 | 86,700 |
| 261-270 (265) | 324,625 | 296,800 | 279,575 | 238,500 | 221,275 | 182,850 | 131,175 | 121,900 | 109,975 | 100,700 | 91,425 | 90,100 |

REGELSAETZE

| | |
|---|---|
| für Güter der Güterklasse I | Barème 1 |
| für Güter der Güterklasse II | Barème 2 |
| für Güter der Güterklasse III | Barème 3 |
| für Güter der Güterklasse IV | Barème 4 |
| für Güter der Güterklasse V | Barème 5 |
| für Güter der Güterklasse VI | Barème 8 |

AUSNAHMESAETZE

für Güter der Güterklasse I:

Ia — (Leerstelle)

für Güter der Güterklasse II:

IIa — (Leerstelle)

für folgende Güter der Güterklasse III:

IIIa — Eisen und Stahl, Eisen- und Stahlwaren (Nr. 128b, 128e, 128i, 129, 131a, 133a, 133b, 133c, 133d, 133e, 133f, 138a, 145, 149, 153, 165, 166, 167, 181, 183, 190, 192, 193, 197, 200)

} Barème 4a

für folgende Güter der Güterklasse IV:

IVa — Eisen und Stahl, Eisen- und Stahlwaren (Nr. 128c, 128d, 128f, 128g, 132, 133g, 133h, 133i, 133k, 134, 135, 136, 140, 141, 146, 147, 154, 155, 155c, 168, 179, 182, 184, 185, 186, 187, 188, 194, 201)
IVb — Getreide (Nr. 315-317)

} Barème 4a

IVc — Bariumsulfat (Nr. 79) — befristet bis 31. 12. 1978
IVd — Holzstoff, Holzzellstoff (Nr. 443, 444) — befristet bis 31. 12. 1978

} Barème 7

für folgende Güter der Güterklasse V:

Va — Holzstoff, Holzzellstoff (Nr. 445) — befristet bis 31. 12. 1978
Vb — Bariumsulfat (Nr. 80) — befristet bis 31. 12. 1978
Vc — Kreide (aus Nr. 482, 483)
Vd — Salz (Nr. 715)
Ve — Harnstoff zum Düngen (Nr. 374)

} Barème 7

Vf — Steine (Nr. 925, 928, 935, 940, 943, 949), Ziegelmehl (aus Nr. 993)
Vg — Zementklinker (Nr. 1077)

} Barème 11

für folgende Güter der Güterklasse VI:

VIa — Kohlen (Nr. 525-530, 533)
VIb — Lehm und Ton (Nr. 995)

} Barème 9

VIc — Bimskies, Bimssand, Hüttenbims (Nr. 90) Barème 10

VId — Schlacken (Nr. 880-884)
VIe — Erde, Kies, Sand (Nr. 227, 355)
VIf — Erze und Abbrände (Nr. 230-233, 235, 236, 238-240)
VIg — Kalidüngesalz (Nr. 478, 479)
VIh — Schrott (Nr. 176, 177)
VIi — Steingrus, Steinsplitt (aus Nr. 941)

} Barème 12

## ANNEXE 2b
du Tarif des péages de la Moselle du 1er juin 1964
(valable à partir du 1er juillet 1978)

—

## PEAGES MARCHANDISES

Les prix en centimes français par tonne sont calculés par conversion, aux cours fixés mensuellement par la Commission de la Moselle, des prix en pfennig indiqués dans le tableau ci-dessous:

| | BAREMES | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 4bis | 5 | 7 | 8 | 9 | 10 | 11 | 12 |
| Taux en pfennig par t/km | 1,225 | 1,120 | 1,055 | 0,900 | 0,835 | 0,690 | 0,495 | 0,460 | 0,415 | 0,380 | 0,345 | 0,340 |
| Tranches de distance en km | | | | | | | | | | | | |
| 1- 5 ( 3) | 3,675 | 3,360 | 3,165 | 2,700 | 2,505 | 2,070 | 1,485 | 1,380 | 1,245 | 1,140 | 1,035 | 1,020 |
| 6- 10 ( 8) | 9,800 | 8,960 | 8,440 | 7,200 | 6,680 | 5,520 | 3,960 | 3,680 | 3,320 | 3,040 | 2,760 | 2,720 |
| 11- 15 ( 13) | 15,925 | 14,560 | 13,715 | 11,700 | 10,855 | 8,970 | 6,435 | 5,980 | 5,395 | 4,940 | 4,485 | 4,420 |
| 16- 20 ( 18) | 22,050 | 20,160 | 18,990 | 16,200 | 15,030 | 12,420 | 8,910 | 8,280 | 7,470 | 6,840 | 6,210 | 6,120 |
| 21- 25 ( 23) | 28,175 | 25,760 | 24,265 | 20,700 | 19,205 | 15,870 | 11,385 | 10,580 | 9,545 | 8,740 | 7,935 | 7,820 |
| 26- 30 ( 28) | 34,300 | 31,360 | 29,540 | 25,200 | 23,380 | 19,320 | 13,860 | 12,880 | 11,620 | 10,640 | 9,660 | 9,520 |
| 31- 35 ( 33) | 40,425 | 36,960 | 34,815 | 29,700 | 27,555 | 22,770 | 16,335 | 15,180 | 13,695 | 12,540 | 11,385 | 11,220 |
| 36- 40 ( 38) | 46,550 | 42,560 | 40,090 | 34,200 | 31,730 | 26,220 | 18,810 | 17,480 | 15,770 | 14,440 | 13,110 | 12,920 |
| 41- 45 ( 43) | 52,675 | 48,160 | 45,365 | 38,700 | 35,905 | 29,670 | 21,285 | 19,780 | 17,845 | 16,340 | 14,835 | 14,620 |
| 46- 50 ( 48) | 58,800 | 53,760 | 50,640 | 43,200 | 40,080 | 33,120 | 23,760 | 22,080 | 19,920 | 18,240 | 16,560 | 16,320 |
| 51- 60 ( 55) | 67,375 | 61,600 | 58,025 | 49,500 | 45,925 | 37,950 | 27,225 | 25,300 | 22,825 | 20,900 | 18,975 | 18,700 |
| 61- 70 ( 65) | 79,625 | 72,800 | 68,575 | 58,500 | 54,275 | 44,850 | 32,175 | 29,900 | 26,975 | 24,700 | 22,425 | 22,100 |
| 71- 80 ( 75) | 91,875 | 84,000 | 79,125 | 67,500 | 62,625 | 51,750 | 37,125 | 34,500 | 31,125 | 28,500 | 25,875 | 25,500 |
| 81- 90 ( 85) | 104,125 | 95,200 | 89,675 | 76,500 | 70,975 | 58,650 | 42,075 | 39,100 | 35,275 | 32,300 | 29,325 | 28,900 |
| 91-100 ( 95) | 116,375 | 106,400 | 100,225 | 85,500 | 79,325 | 65,550 | 47,025 | 43,700 | 39,425 | 36,100 | 32,775 | 32,300 |
| 101-110 (105) | 128,625 | 117,600 | 110,775 | 94,500 | 87,675 | 72,450 | 51,975 | 48,300 | 43,575 | 39,900 | 36,225 | 35,700 |
| 111-120 (115) | 140,875 | 128,800 | 121,325 | 103,500 | 96,025 | 79,350 | 56,925 | 52,900 | 47,725 | 43,700 | 39,675 | 39,100 |
| 121-130 (125) | 153,125 | 140,000 | 131,875 | 112,500 | 104,375 | 86,250 | 61,875 | 57,500 | 51,875 | 47,500 | 43,125 | 42,500 |
| 131-140 (135) | 165,375 | 151,200 | 142,425 | 121,500 | 112,725 | 93,150 | 66,825 | 62,100 | 56,025 | 51,300 | 46,575 | 45,900 |
| 141-150 (145) | 177,625 | 162,400 | 152,975 | 130,500 | 121,075 | 100,050 | 71,775 | 66,700 | 60,175 | 55,100 | 50,025 | 49,300 |
| 151-160 (155) | 189,875 | 173,600 | 163,525 | 139,500 | 129,425 | 106,950 | 76,725 | 71,300 | 64,325 | 58,900 | 53,475 | 52,700 |
| 161-170 (165) | 202,125 | 184,800 | 174,075 | 148,500 | 137,775 | 113,850 | 81,675 | 75,900 | 68,475 | 62,700 | 56,925 | 56,100 |
| 171-180 (175) | 214,375 | 196,000 | 184,625 | 157,500 | 146,125 | 120,750 | 86,625 | 80,500 | 72,625 | 66,500 | 60,375 | 59,500 |
| 181-190 (185) | 226,625 | 207,200 | 195,175 | 166,500 | 154,475 | 127,650 | 91,575 | 85,100 | 76,775 | 70,300 | 63,825 | 62,900 |
| 191-200 (195) | 238,875 | 218,400 | 205,725 | 175,500 | 162,825 | 134,550 | 96,525 | 89,700 | 80,925 | 74,100 | 67,275 | 66,300 |
| 201-210 (205) | 251,125 | 229,600 | 216,275 | 184,500 | 171,175 | 141,450 | 101,475 | 94,300 | 85,075 | 77,900 | 70,725 | 69,700 |
| 211-220 (215) | 263,375 | 240,800 | 226,825 | 193,500 | 179,525 | 148,350 | 106,425 | 98,900 | 89,225 | 81,700 | 74,175 | 73,100 |
| 221-230 (225) | 275,625 | 252,000 | 237,375 | 202,500 | 187,875 | 155,250 | 111,375 | 103,500 | 93,375 | 85,500 | 77,625 | 76,500 |
| 231-240 (235) | 287,875 | 263,200 | 247,925 | 211,500 | 196,225 | 162,150 | 116,325 | 108,100 | 97,525 | 89,300 | 81,075 | 79,900 |
| 241-250 (245) | 300,125 | 274,400 | 258,475 | 220,500 | 204,575 | 169,050 | 121,275 | 112,700 | 101,675 | 93,100 | 84,525 | 83,300 |
| 251-260 (255) | 312,375 | 285,600 | 269,025 | 229,500 | 212,925 | 175,950 | 126,225 | 117,300 | 105,825 | 96,900 | 87,975 | 86,700 |
| 261-270 (265) | 324,625 | 296,800 | 279,575 | 238,500 | 221,275 | 182,850 | 131,175 | 121,900 | 109,975 | 100,700 | 91,425 | 90,100 |

TARIF NORMAL

| | |
|---|---|
| pour les marchandises de la classe I | Barème 1 |
| pour les marchandises de la classe II | Barème 2 |
| pour les marchandises de la classe III | Barème 3 |
| pour les marchandises de la classe IV | Barème 4 |
| pour les marchandises de la classe V | Barème 5 |
| pour les marchandises de la classe VI | Barème 8 |

SERVICE CENTRAL DE LEGISLATION

TARIF D´EXCEPTION

pour les marchandises de la classe I:

Ia — (sans objet)

pour les marchandises de la classe II

IIa — (sans objet)

pour les marchandises suivantes de la classe III:

| Marchandises | Barème |
|---|---|
| IIIa — fer et acier, produits sidérurgiques (Nos 128b, 128e, 128i, 129, 131a, 133a, 133b, 133c, 133d, 133e, 133f, 138a, 145, 149, 153, 165, 166, 173, 181, 183, 190, 192, 193, 197, 200) | Barème 4*bis* |

pour les marchandises suivantes de la classe IV:

| Marchandises | Barème |
|---|---|
| IVa — fer et acier, produits sidérurgiques (Nos 128c, 128d, 128f, 128g, 132, 133g, 133h, 133i, 133k, 134, 135, 136, 140, 141, 146, 147, 154, 155, 155c, 168, 179, 182, 184, 185, 186, 187, 188, 194, 201)<br>IVb — céréales (N° 315-317) | Barème 4*bis* |
| IVc — sulfate de baryum (N° 79) — limité au 31. 12. 1978<br>IVd — pâte à papier, cellulose (Nos 443, 444) — limité au 31. 12. 1978 | Barème 7 |

pour les marchandises suivantes de la classe V:

| Marchandises | Barème |
|---|---|
| Va — pâte à papier, cellulose (N° 445) — limité au 31. 12. 1978<br>Vb — sulfate de baryum (N° 80) — limité au 31. 12. 1978<br>Vc — craie (comprise dans les Nos 482, 483)<br>Vd — sel (N° 715)<br>Ve — urée pour engrais (N° 374) | Barème 7 |
| Vf — pierres (Nos 925, 928, 935, 940, 943, 949), poudre de brique (comprise dans le N° 993)<br>Vg — clinkers de ciment (N° 1077) | Barème 11 |

pour les marchandises suivantes de la classe VI:

| Marchandises | Barème |
|---|---|
| VIa — combustibles minéraux solides (Nos 525-530, 533)<br>VIb — argiles (N° 995) | Barème 9 |
| VIc — bims en gravier, bims moulu, bims sidérurgique (N° 90) | Barème 10 |
| VId — laitiers et scories (Nos 880-884)<br>VIe — terres, graviers, sables (Nos 227, 355)<br>VIf — minerais et résidus (Nos 230-233, 235, 236, 238-240)<br>VIg — engrais potassiques (Nos 478, 479)<br>VIh — ferrailles (Nos 176, 177)<br>VIi — gravillons et matériaux d´empierrement (compris dans le N° 941) | Barème 12 |

# ANNEXE 2c

du Tarif des péages de la Moselle du 1er juin 1964
(valable à partir du 1er juillet 1978)

—

## PEAGES MARCHANDISES

**Tableau des prix en francs luxembourgeois (par tonne)**

établi par conversion des prix en pfennig au cours central de 100 DM = 1541 lfrs

| Taux en francs luxembg. par t/km | BAREMES | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 4bis | 5 | 7 | 8 | 9 | 10 | 11 | 12 |
| | 0,18877 | 0,17259 | 0,16258 | 0,13869 | 0,12867 | 0,10633 | 0,07628 | 0,07089 | 0,06395 | 0,05856 | 0,05316 | 0,05239 |
| Tranches de distance en km | | | | | | | | | | | | |
| 1- 5 ( 3) | 0,5663 | 0,4924 | 0,4877 | 0,4161 | 0,3860 | 0,3190 | 0,2288 | 0,2127 | 0,1919 | 0,1757 | 0,1595 | 0,1572 |
| 6- 10 ( 8) | 1,5102 | 1,3130 | 1,3006 | 1,1095 | 1,0294 | 0,8506 | 0,6102 | 0,5671 | 0,5116 | 0,4685 | 0,4253 | 0,4191 |
| 11- 15 ( 13) | 2,4540 | 2,1336 | 2,1135 | 1,8030 | 1,6727 | 1,3823 | 0,9916 | 0,9216 | 0,8314 | 0,7613 | 0,6911 | 0,6811 |
| 16- 20 ( 18) | 3,3979 | 2,9542 | 2,9264 | 2,4964 | 2,3161 | 1,9139 | 1,3730 | 1,2760 | 1,1511 | 1,0541 | 0,9569 | 0,9430 |
| 21- 25 ( 23) | 4,3417 | 3,7748 | 3,7393 | 3,1899 | 2,9594 | 2,4456 | 1,7544 | 1,6305 | 1,4709 | 1,3469 | 1,2227 | 1,2050 |
| 26- 30 ( 28) | 5,2856 | 4,5954 | 4,5522 | 3,8833 | 3,6028 | 2,9772 | 2,1358 | 1,9849 | 1,7906 | 1,6397 | 1,4885 | 1,4669 |
| 31- 35 ( 33) | 6,2294 | 5,4160 | 5,3651 | 4,5768 | 4,2461 | 3,5089 | 2,5172 | 2,3394 | 2,1104 | 1,9325 | 1,7543 | 1,7289 |
| 36- 40 ( 38) | 7,1733 | 6,2366 | 6,1780 | 5,2702 | 4,8895 | 4,0405 | 2,8986 | 2,6938 | 2,4301 | 2,2253 | 2,0201 | 1,9908 |
| 41- 45 ( 43) | 8,1171 | 7,0572 | 6,9909 | 5,9637 | 5,5328 | 4,5722 | 3,2800 | 3,0483 | 2,7499 | 2,5181 | 2,2859 | 2,2528 |
| 46- 50 ( 48) | 9,0610 | 7,8778 | 7,8038 | 6,6571 | 6,1762 | 5,1038 | 3,6614 | 3,4027 | 3,0696 | 2,8109 | 2,5517 | 2,5147 |
| 51- 60 ( 55) | 10,3824 | 9,0266 | 8,9419 | 7,6280 | 7,0769 | 5,8482 | 4,1954 | 3,8990 | 3,5173 | 3,2208 | 2,9238 | 2,8815 |
| 61- 70 ( 65) | 12,2701 | 10,6678 | 10,5677 | 9,0149 | 8,3636 | 6,9115 | 4,9582 | 4,6079 | 4,1568 | 3,8064 | 3,4554 | 3,4054 |
| 71- 80 ( 75) | 14,1578 | 12,3090 | 12,1935 | 10,4018 | 9,6503 | 7,9748 | 5,7210 | 5,3168 | 4,7963 | 4,3920 | 3,9870 | 3,9293 |
| 81- 90 ( 85) | 16,0455 | 13,9502 | 13,8193 | 11,7887 | 10,9370 | 9,0381 | 6,4838 | 6,0257 | 5,4358 | 4,9776 | 4,5186 | 4,4532 |
| 91-100 ( 95) | 17,9332 | 15,5914 | 15,4451 | 13,1756 | 12,2237 | 10,1014 | 7,2466 | 6,7346 | 6,0753 | 5,5632 | 5,0502 | 4,9771 |
| 101-110 (105) | 19,8209 | 17,2326 | 17,0709 | 14,5625 | 13,5104 | 11,1647 | 8,0094 | 7,4435 | 6,7148 | 6,1488 | 5,5818 | 5,5010 |
| 111-120 (115) | 21,7086 | 18,8738 | 18,6967 | 15,9494 | 14,7971 | 12,2280 | 8,7722 | 8,1524 | 7,3543 | 6,7344 | 6,1134 | 6,0249 |
| 121-130 (125) | 23,5963 | 20,5150 | 20,3225 | 17,3363 | 16,0838 | 13,2913 | 9,5350 | 8,8613 | 7,9938 | 7,3200 | 6,6450 | 6,5488 |
| 131-140 (135) | 25,4840 | 22,1562 | 21,9483 | 18,7232 | 17,3705 | 14,3546 | 10,2978 | 9,5702 | 8,6333 | 7,9056 | 7,1766 | 7,0727 |
| 141-150 (145) | 27,3717 | 23,7974 | 23,5741 | 20,1101 | 18,6572 | 15,4179 | 11,0606 | 10,2791 | 9,2728 | 8,4912 | 7,7082 | 7,5966 |
| 151-160 (155) | 29,2594 | 25,4386 | 25,1999 | 21,4970 | 19,9439 | 16,4812 | 11,8234 | 10,9880 | 9,9123 | 9,0768 | 8,2398 | 8,1205 |
| 161-170 (165) | 31,1471 | 27,0798 | 26,8257 | 22,8839 | 21,2306 | 17,5445 | 12,5862 | 11,6969 | 10,5518 | 9,6624 | 8,7714 | 8,6444 |
| 171-180 (175) | 33,0348 | 28,7210 | 28,4515 | 24,2708 | 22,5173 | 18,6078 | 13,3490 | 12,4058 | 11,1913 | 10,2480 | 9,3030 | 9,1683 |
| 181-190 (185) | 34,9225 | 30,3622 | 30,0773 | 25,6577 | 23,8040 | 19,6711 | 14,1118 | 13,1147 | 11,8308 | 10,8336 | 9,8346 | 9,6922 |
| 191-200 (195) | 36,8102 | 32,0034 | 31,7031 | 27,0446 | 25,0907 | 20,7344 | 14,8746 | 13,8236 | 12,4703 | 11,4192 | 10,3662 | 10.2161 |
| 201-210 (205) | 38,6979 | 33,6446 | 33,3289 | 28,4315 | 26,3774 | 21,7977 | 15,6374 | 14,5325 | 13,1098 | 12,0048 | 10,8978 | 10,7400 |
| 211-220 (215) | 40,5856 | 35,2858 | 34,9547 | 29,8184 | 27,6641 | 22,8610 | 16,4002 | 15,2414 | 13,7493 | 12,5904 | 11,4294 | 11,2639 |
| 221-230 (225) | 42,4733 | 36,9270 | 36,5805 | 31,2053 | 28,9508 | 23,9243 | 17,1630 | 15,9503 | 14,3888 | 13,1760 | 11,9610 | 11,7878 |
| 231-240 (235) | 44,3610 | 38,5682 | 38,2063 | 32,5922 | 30,2375 | 24,9876 | 17,9258 | 16,6592 | 15,0283 | 13,7616 | 12,4926 | 12,3117 |
| 241-250 (245) | 46,2487 | 40 2094 | 39,8321 | 33,9791 | 31,5242 | 26,0509 | 18,6886 | 17,3681 | 15,6678 | 14,3472 | 13,0242 | 12,8356 |
| 251-260 (255) | 48,1364 | 41,8506 | 41,4579 | 35,3660 | 32,8109 | 27,1142 | 19,4514 | 18,0770 | 16,3073 | 14,9328 | 13,5558 | 13,3595 |
| 261-270 (265) | 50,0241 | 43,4918 | 43,0837 | 36,7529 | 34,0976 | 28,1775 | 20,2142 | 18,7859 | 16,9468 | 15,5184 | 14,0874 | 13,8834 |

TARIF NORMAL

| | |
|---|---|
| pour les marchandises de la classe I | Barème 1 |
| pour les marchandises de la classe II | Barème 2 |
| pour les marchandises de la classe III | Barème 3 |
| pour les marchandises de la classe IV | Barème 4 |
| pour les marchandises de la classe V | Barème 5 |
| pour les marchandises de la classe VI | Barème 8 |

TARIF D´EXCEPTION

pour les marchandises de la classe I:

Ia — (sans objet)

pour les marchandises de la classe II

IIa — (sans objet)

pour les marchandises suivantes de la classe III:

| | | |
|---|---|---|
| IIIa | — fer et acier, produits sidérurgiques (N[os] 128b, 128e, 128i, 129, 131a, 133a, 133b, 133c, 133d, 133e, 133f, 138a, 145, 149, 153, 165, 166, 173, 181, 183, 190, 192, 193, 197, 200) | Barème 4*bis* |

pour les marchandises suivantes de la classe IV:

| | | |
|---|---|---|
| IVa | — fer et acier, produits sidérurgiques (N[os] 128c, 128d, 128f, 128g, 132, 133g, 133h, 133i, 133k, 134, 135, 136, 140, 141, 146, 147, 154, 155, 155c, 168, 179, 182, 184, 185, 186, 187, 188, 194, 201) | Barème 4*bis* |
| IVb | — céréales (N° 315-317) | |
| IVc | — sulfate de baryum (N° 79) — limité au 31. 12. 1978 | Barème 7 |
| IVd | — pâte à papier, cellulose (N[os] 443, 444) — limité au 31. 12. 1978 | |

pour les marchandises suivantes de la classe V:

| | | |
|---|---|---|
| Va | — pâte à papier, cellulose (N° 445) — limité au 31. 12. 1978 | Barème 7 |
| Vb | — sulfate de baryum (N° 80) — limité au 31. 12. 1978 | |
| Vc | — craie (comprise dans les N[os] 482, 483) | |
| Vd | — sel (N° 715) | |
| Ve | — urée pour engrais (N° 374) | |
| Vf | — pierres (N[os] 925, 928, 935, 940, 943, 949), poudre de brique (comprise dans le N° 993) | Barème 11 |
| Vg | — clinkers de ciment (N° 1077) | |

pour les marchandises suivantes de la classe VI:

| | | |
|---|---|---|
| VIa | — combustibles minéraux solides (N[os] 525-530, 533) | Barème 9 |
| VIb | — argiles (N° 995) | |
| VIc | — bims en gravier, bims moulu, bims sidérurgique (N° 90) | Barème 10 |
| VId | — laitiers et scories (N[os] 880-884) | Barème 12 |
| VIe | — terres, graviers, sables (N[os] 227, 355) | |
| VIf | — minerais et résidus (N[os] 230-233, 235, 236, 238-240) | |
| VIg | — engrais potassiques (N[os] 478, 479) | |
| VIh | — ferrailles (N[os] 176, 177) | |
| VIi | — gravillons et matériaux d´empierrement (compris dans le N° 941) | |

SERVICE CENTRAL DE LEGISLATION

ANLAGE 4a

zum Tarif für die Schiffahrtabgaben auf der Mosel

—

## SCHLEUSENGEBUEHREN (in DM)

Diese Gebühren gelten ab 1. Juli 1978, 0.00 Uhr

Bei Benutzung von Schiffsschleusen für jede Schleusendurchfahrt je Fahrzeug:

| | DM |
|---|---|
| — Kleinfahrzeuge, ausgenommen Sportfahrzeuge | 6,— |
| — Sportfahrzeuge: | |
| *a)* Ruderboote, Segelboote (offene Jollen), Kanus und sonstige Paddelboote | 3,— |
| *b)* Motorsportboote bis 6 m Länge | 6,— |
| *c)* Motorsportboote über 6 m Länge und Kajütsegelboote | 9,— |
| — sonstige Fahrzeuge über 15 t Tragfähigkeit und schwimmende Anlagen, die weder dem gewerblichen Güterverkehr noch dem gewerblichen Personenverkehr dienen: | |
| bei belegter Wasserfläche bis 400 $m^2$ | 6,— |
| bis 600 $m^2$ | 9,— |
| über 600 $m^2$ | 12,— |

ANNEXE 4b

du Tarif des péages de la Moselle
(valable à partir du 1er juillet 1978, 0 heure)

—

## DROITS D´ECLUSAGE
## (en deutschemark)

Les droits en francs français sont calculés par conversion, aux cours fixés mensuellement par la Commission de la Moselle, des droits en deutschemark indiqués ci-dessous.

| | Deutschemark: |
|---|---|
| — Menues embarcations à l´exception des bateaux de plaisance | 6,— |
| — Bateaux de plaisance | |
| *a)* embarcations à rames, yoles non pontées, canoës et autres bateaux à pagaie | 3,— |
| *b)* embarcations à moteur d´une longueur ne dépassant pas 6 m | 6,— |
| *c)* embarcations à moteur dont la longueur dépasse 6 m et voiliers à cabine | 9,— |
| — Autres bâtiments de plus de 15 tonnes de port en lourd et établissements flottants ne servant ni au transport de marchandises ni à celui de passagers | |
| Surface portante jusqu´à 400 $m^2$ | 6,— |
| Surface portante jusqu´à 600 $m^2$ | 9,— |
| Surface portante supérieure à 600 $m^2$ | 12,— |

ANNEXE 4c
du Tarif des péages de la Moselle
(valable à partir du 1er juillet 1978, 0 heure)

—

**DROITS D´ECLUSAGE**
**(en francs luxembourgeois)**

fixés par conversion des droits en DM au taux central de 100 DM = 1.541 frs lux.

Par unité et pour chaque passage dans une écluse de navigation:

| | |
|---|---|
| — Menues embarcations à l´exception des bateaux de plaisance | 92,— frs lux. |
| — Bateaux de plaisance | |
| *a)* embarcations à rames, yoles non pontées, canoës et autres bateaux à pagaie | 46,— frs lux. |
| *b)* embarcations à moteur d´une longueur ne dépassant pas 6 m | 92,— frs lux. |
| *c)* embarcations à moteur dont la longueur dépasse 6 m et voiliers à cabine | 139,— frs lux. |
| — Autres bâtiments de plus de 15 tonnes de port en lourd et établissements flottants ne servant ni au transport de marchandises ni à celui de passagers | |
| Surface portante jusqu´à 400 $m^2$ | 92,— frs lux. |
| Surface portante jusqu´à 600 $m^2$ | 139,— frs lux. |
| Surface portante supérieure à 600 $m^2$ | 185,— frs lux. |

---

**Convention relative à la signification et la notification à l´étranger des actes judiciaires et extrajudiciaires en matière civile ou commerciale, faite à La Haye, le 15 novembre 1965.— Retrait d´une déclaration par le Grand-Duché de Luxembourg.**

(Mémorial 1975, A, p. 322 et ss., pp. 897 et 898
Mémorial 1977, A, p. 227 et ss.)

—

Par une note du 2 juin 1978, reçue au Ministère néerlandais des Affaires Etrangères le 15 juin 1978, le Grand-Duché de Luxembourg a communiqué le retrait d´une des déclarations faites au moment du dépôt de son instrument de ratification. Il s´agit de la déclaration suivante:

« Conformément à l´article 10, le Gouvernement luxembourgeois s´oppose à la transmission par voie postale d´actes judiciaires à des personnes établies sur son territoire. »

---

**Convention sur les droits politiques de la femme, ouverte à la signature à New York, le 31 mars 1953. — Retrait d´une réserve de la Belgique.**

(Mémorial 1976, A, p. 685 et ss., p. 1178 et ss.
Mémorial 1977, A, pp. 1864, 2050
Mémorial 1978, A, p. 381).

—

Il résulte d´une notification du Secrétaire Général de l´Organisation des Nations Unies que, par une communication reçue par le Secrétaire Général le 19 juin 1978, le Gouvernement belge a déclaré qu´il retirait une des réserves faites au moment du dépôt de son instrument d´adhésion.

Il s´agit de la réserve suivante:

« Tant pour le passé que pour l´avenir, la Convention ne peut faire obstacle à ce que l´autorité publique établisse des conditions d´accès aux fonctions publiques en s´inspirant, en dehors de toute idée de discrimination, soit du souci d´assurer la protection de la femme contre certains risques physiques ou moraux, soit de considérations objectives tenant aux exigences inhérentes à la bonne marche de certains services publics. »

---

**Règlements communaux.**

(Les mentions ci-après sont faites en vertu de l´article 4 de l´arrêté royal grand-ducal du 22 octobre 1842 réglant le mode de publication des lois).

Beaufort. — Règlement sur les cimetières.

En séance du 25 mars 1978, le conseil communal de Beaufort a édicté un règlement sur les cimetières.

Ledit règlement a été publié en due forme.

Bech. — Règlement sur les cimetières.

En séance du 21 mars 1978, le conseil communal de Bech a édicté un règlement sur les cimetières.

Ledit règlement a été publié en due forme.

Bertrange. — Modification du règlement concernant l´octroi de primes aux élèves méritants.

En séance du 5 juin 1978, le conseil communal de Bertrange a pris une délibération portant modification de l´article IV de son règlement concernant l´octroi de primes aux élèves méritants de l´enseignement post-primaire.

Ladite délibération a été approuvée en date du 19 juin 1978 et publiée en due forme.

Bettendorf. — Règlement sur l´enlèvement des ordures.

En séance du 2 février 1978, le conseil communal de Bettendorf a édicté un règlement sur l´enlèvement des ordures.

Ledit règlement a été publié en due forme.

Clervaux. — Règlement de circulation à caractère temporaire.

En séance du 27 avril 1978, le conseil communal de Clervaux a édicté un règlement de circulation à caractère temporaire.

Ledit règlement a été approuvé par décisions de MM. les Ministres des Transports et de l´Intérieur en date des 9 et 15 juin 1978 et publié en due forme.

Dudelange. — Règlement de circulation à caractère temporaire.

En séance du 12 mai 1978, le conseil communal de Dudelange a édicté un règlement de circulation à caractère temporaire.

Ledit règlement a été approuvé par décisions de MM. les Ministres des Transports et de l´Intérieur en date des 8 et 13 juin 1978 et publié en due forme.

Erpeldange. — Règlement de circulation.

En séance du 12 mai 1978, le conseil communal d´Erpeldange a édicté un nouveau règlement de circulation.

Ledit règlement a été approuvé par décisions de MM. les Ministres des Transports et de l´Intérieur en date des 6 et 12 juin 1978 et publié en due forme.

Esch-sur-Sûre. —

En séance du 24 avril 1978, le conseil communal d´Esch-sur-Sûre a édicté un règlement de circulation, modifiant et complétant celui du 14 avril 1975.

Ledit règlement a été approuvé par décisions de MM. les Ministres des Transports et de l´Intérieur en date des 18 et 22 mai 1978 et publié en due forme.

Hobscheid. — Règlement de circulation à caractère temporaire.

En séance du 19 mai 1978, le conseil communal de Hobscheid a édicté un règlement de circulation à caractère temporaire.

Ledit règlement a été approuvé par décisions de MM. les Ministres des Transports et de l´Intérieur en date des 13 et 19 juin 1978 et publié en due forme.

Lorentzweiler. — Règlements de circulation à caractère temporaire.

En séance du 2 mai 1978, le conseil communal de Lorentzweiler a édicté deux règlements de circulation à caractère temporaire.

Lesdits règlements ont été approuvés par décisions de MM. les Ministres des Transports et de l´Intérieur en date des 5 et 9 juin 1978 et publiés en due forme.

Mecher. — Modification du règlement de circulation.

En séance du 12 mai 1978, le conseil communal de Mecher a édicté un règlement de circulation, modifiant et complétant celui du 22 septembre 1977.

Ledit règlement a été approuvé par décisions de MM. les Ministres des Transports et de l´Intérieur en date des 6 et 12 juin 1978 et publié en due forme.

Mersch. — Règlement de circulation à caractère temporaire.

En séance du 29 mai 1978, le conseil communal de Mersch a édicté un règlement de circulation à caractère temporaire.

Ledit règlement a été approuvé par décisions de MM. les Ministres des Transports et de l´Intérieur en date des 20 et 29 juin 1978 et publié en due forme.

Mondorf-les-Bains. — Règlement de circulation.

En séance du 2 mars 1978, le conseil communal de Mondorf-les-Bains a édicté un nouveau règlement de circulation.

Ledit règlement a été approuvé par décisions de MM. les Ministres des Transports et de l´Intérieur en date des 19 avril et 11 mai 1978 et publié en due forme.

Pétange. — Règlement de circulation à caractère temporaire.

En séance du 16 juin 1978, le conseil communal de Pétange a édicté un règlement de circulation à caractère temporaire.

Ledit règlement a été approuvé par décisions de MM. les Ministres des Transports et de l´Intérieur en date des 4 et 11 juillet 1978 et publié en due forme.

Rumelange. — Règlement de circulation à caractère temporaire.

En séance du 24 avril 1978, le conseil communal de la Ville de Rumelange a édicté un règlement de circulation à caractère temporaire.

Ledit règlement a été approuvé par décisions de MM. les Ministres des Transports et de l´Intérieur en date des 4 et 11 juillet 1978 et publié en due forme.

Sanem. — Règlements de circulation à caractère temporaire.

En séance du 29 mai 1978, le conseil communal de Sanem a édicté deux règlements de circulation à caractère temporaire.

Lesdits règlements ont été approuvés par décisions de MM. les Ministres des Transports et de l´Intérieur en date des 13 et 19 juin 1978 et publiés en due forme.

Schifflange. — Règlement de circulation à caractère temporaire.

En séance du 26 mai 1978, le conseil communal de Schifflange a édicté un règlement de circulation à caractère temporaire.

Ledit règlement a été approuvé par décisions de MM. les Ministres des Transports et de l´Intérieur en date des 21 et 29 juin 1978 et publié en due forme.

---

Imprimerie de la Cour Victor Buck, s. à r. l., Luxembourg