AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Phil Neuman<br>*Plaintiff*<br>v.<br>Jose Garcia, et al.<br>*Defendant* | ) ) ) ) ) | Case No. 1:20-cv-10723-PKC |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Jose Garcia, Tim Mol, Victor Heggelman, Pillo Portsmouth Holding Company, LLC, Pillo Financial Consulting Corp., and Carlisle Investment Group, S.a.r.l. .

Date: 02/03/2021

/s/ David Ward
*Attorney's signature*

David Ward DW-8482
*Printed name and bar number*

Arent Fox LLP
1301 Avenue of the Americas, Floor 42
New York, New York 10019
*Address*

david.ward@arentfox.com
*E-mail address*

(212) 484-3900
*Telephone number*

(212) 484-3990
*FAX number*