UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHIL NEUMAN,

                Plaintiff(s),                      20-cv-10723 (PKC)

    -against-                                    ORDER

JOSE GARCIA, et al.,

                Defendant(s),

_____

CASTEL, United States District Judge.

    1.    For good cause shown and pursuant to Rules 4(f)(3) and 4(h)(2) of the Federal Rules of Civil Procedure, plaintiff may serve via email the Summons, Complaint, Amended Complaint and other initiating case documents upon defendants Jose Garcia, Tim Mol, Victor Heggelman, Pillo Financial Consulting Corp. and Carlisle Investment Group, S.à r.l .

    2.    Plaintiff may file a Second Amended Complaint by March 8, 2021.

    3.    Any defendant may file a pre-motion letter addressed to the Second Amended Complaint by April 12, 2021.

    4.    The Initial Conference set for February 22, 2021 is adjourned to April 29, 2021 at 2:30 p.m.

    SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
         February 11, 2021