Case 1:20-cv-10723-PKC Document 50 Filed 03/09/21 Page 1 of 1

# THE GRIFFITH FIRM

45 BROADWAY • SUITE 2200
NEW YORK, NEW YORK 10006
(212) 363-3780

DIRECT LINE: (212) 363-3784
EMAIL: EG@THEGRIFFITHFIRM.COM

TELECOPIER: (212) 363-3790
URL: HTTP://WWW.THEGRIFFITHFIRM.COM

March 8, 2021

**VIA ECF**

Application Granted.
So Ordered:
P. Kevin Castel
United States District Judge
3/9/2021

Hon. P. Kevin Castel, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

*Re: Neuman v. Garcia, et al., Case No. 1:20-cv-10723-PKC*

Dear Judge Castel:

I represent Plaintiff Phil Neuman in this lawsuit. Your February 11, 2021 Order provides that Mr. Neuman may file a Second Amended Complaint by today, March 8, 2021, and any defendant may file a pre-motion letter addressed to the Second Amended Complaint by April 12, 2021.

[ Mr. Neuman requests that both deadlines be extended by two additional days, until March 10, 2021 and April 14, 2021, respectively. The additional time is necessary for Mr. Neuman to confirm certain dates and locations of meetings and conversations that will be described in the Second Amended Complaint. ]

Defense counsel consents to this extension, which will not require a continuance of the Initial Conference currently scheduled for April 29, 2021.

Thank you for considering this request.

Sincerely,

*/s/ Edward Griffith*

Edward Griffith

EG:gb
Enclosure
cc: James H. Hulme, Esq. (via email)
Jule Rousseau, Esq. (via ECF)