# THE GRIFFITH FIRM

45 BROADWAY • SUITE 2200
NEW YORK, NEW YORK 10006
(212) 363-3780

DIRECT LINE: (212) 363-3784
EMAIL: EG@THEGRIFFITHFIRM.COM

TELECOPIER: (212) 363-3790
URL: HTTP://WWW.THEGRIFFITHFIRM.COM

March 10, 2021

**VIA ECF**

Hon. P. Kevin Castel, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

*Re: Neuman v. Garcia, et al., Case No. 1:20-cv-10723-PKC*

Dear Judge Castel:

Plaintiff Phil Neuman requests a further extension of two days for him to file his Second Amended Complaint, from March 10, 2021 to March 12, 2021, and for defendants to file a pre-motion letter addressing the Second Amended Complaint, from April 14, 2021 to April 16, 2021.

Your March 9, 2010 endorsed order (ECF 50) granted Mr. Neuman's first agreed letter motion for a two-day extension (ECF 49). The additional time is necessary because Mr. Neuman has been unable to access certain documents in storage that may confirm certain dates and locations in the Second Amended Complaint. He anticipates accessing those documents tomorrow, which will enable him to file the Second Amended Complaint by Friday, March 12, 2021.

Defense counsel consents to this additional extension, which will still not require a continuance of the Initial Conference currently scheduled for April 29, 2021.

Thank you for considering this request.

Sincerely,

*/s/ Edward Griffith*

Edward Griffith

EG:gb
Enclosure
cc: James H. Hulme, Esq. (via email)
Jule Rousseau, Esq. (via ECF)