**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PHIL NEUMAN,

Plaintiff,

-against-

JOSE GARCIA, TIM MOL, VICTOR HEGGELMAN, CARLISLE ACQUISITION VEHICLE, LLC, PILLO PORTSMOUTH HOLDING COMPANY, LLC, PILLO FINANCIAL CONSULTING CORP., and CARLISLE INVESTMENT GROUP, S.À.R.L.,

Defendants.

Case No.: 1:20-cv-10723-PKC

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, James H. Hulme, Esq. hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Jose Garcia, Tim Mol, Victor Heggelman, Pillo Portsmouth Holding Company, LLC, Pillo Financial Consulting Corp., and Carlisle Investment Group, S.à.r.l. in the above-captioned action.

I am a member in good standing of the bars of the states of Maryland and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: Washington, DC
March 12, 2021

Respectfully Submitted,

*/s/ James H. Hulme*
James H. Hulme, Esq.
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
Email: james.hulme@arentfox.com