**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHIL NEUMAN,<br><br>Plaintiff,<br><br>-against-<br><br>JOSE GARCIA, TIM MOL, VICTOR HEGGELMAN, CARLISLE ACQUISITION VEHICLE, LLC, PILLO PORTSMOUTH HOLDING COMPANY, LLC, PILLO FINANCIAL CONSULTING CORP., and CARLISLE INVESTMENT GROUP, S.À.R.L.,<br><br>Defendants. | Case No.: 1:20-cv-10723-PKC |

**AFFIDAVIT OF JAMES H. HULME**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

DISTRICT OF COLUMBIA ) ss.:

I, JAMES H. HULME, being duly sworn, deposes and says:

1. I am a partner at the law firm of Arent Fox LLP, counsel for Defendants Jose Garcia, Tim Mol, Victor Heggelman, Pillo Portsmouth Holding Company, LLC, Pillo Financial Consulting Corp., and Carlisle Investment Group, S.à.r.l. in the above-captioned action.

2. I am in good standing of the bars of the State of Maryland and the District of Columbia. Original certificates certifying my status as a member in good standing of State of Maryland and the District of Columbia are attached hereto as Exhibit A.

3. I have never been censured, suspended, disbarred, held in contempt, sanctioned or otherwise disciplined by any court or denied admission or readmission.

4. There are no disciplinary proceedings presently against me, and I have never been convicted of a felony.

5. I respectfully request that I be permitted to appear as counsel for Defendants Jose Garcia, Tim Mol, Victor Heggelman, Pillo Portsmouth Holding Company, LLC, Pillo Financial Consulting Corp., and Carlisle Investment Group, S.à.r.l. in the above-captioned action.

James H. Hulme, Esq.
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
Email: james.hulme@arentfox.com

Sworn to before me on this
12th day of March, 2021

Notary Public
My Commission Expires: 11-30-2021

Robert Kotchenreuther II
Notary Public, District of Columbia
My Commission Expires 11-30-21