**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PHIL NEUMAN,

Plaintiff,

-against-

JOSE GARCIA, TIM MOL, VICTOR HEGGELMAN, CARLISLE ACQUISITION VEHICLE, LLC, PILLO PORTSMOUTH HOLDING COMPANY, LLC, PILLO FINANCIAL CONSULTING CORP., and CARLISLE INVESTMENT GROUP, S.À.R.L.,

Defendants.

Case No.: 1:20-cv-10723-PKC

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of James H. Hulme for admission to practice Pro Hac Vice in the above captioned action is granted.

James H. Hulme has declared that he is a member in good standing of the bars of the State of Maryland and the District of Columbia; and that his contact information is as follows:

James H. Hulme, Esq.
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
Email: james.hulme@arentfox.com

James H. Hulme having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Jose Garcia, Tim Mol, Victor Heggelman, Pillo Portsmouth Holding Company, LLC, Pillo Financial Consulting Corp., and Carlisle Investment Group, S.à.r.l in the above entitled action;

**IT IS HEREBY ORDERED** that James H. Hulme is admitted to practice Pro Hac Vice in the above-captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ________________________

____________________________________
P. Kevin Castel, U.S.D.J.