**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHIL NEUMAN,<br><br>Plaintiff.<br><br>v.<br><br>JOSE GARCIA, *et al*.,<br><br>Defendants. | Case No. 20 Civ. 10723 (PKC)<br><br>**JOINT STATUS REPORT & REQUEST TO SUSPEND THE BRIEFING SCHEDULE** |

Plaintiff and Defendant provide this Joint Status Report on the Court's request that the Parties consider mediation in this matter. The Parties have agreed to mediate using JAMS as the mediation service and a mediator to be provided by JAMS. The Parties are in the process of reaching out to JAMS to arrange for a mediation, to select a mediator, and to determine a schedule for the mediation.

Accordingly, the Parties jointly request the Court to suspend the current briefing schedule on Defendants' proposed motion to dismiss until such time as the JAMS mediation effort concludes or either Plaintiff or Defendant request the Court to reinstate the briefing schedule.

The Parties will file another Joint Status Report with the Court once the mediation is formally scheduled.

Dated: May 21, 2021

THE GRIFFITH FIRM

/s/ *Edward Griffith*
Edward Griffith
45 Broadway, Suite 2200
New York, New York 10006
(646) 645-3784 (mobile)
Email: eg@thegriffithfirm.com

*Attorneys for Plaintiff Phil Neuman*

ARENT FOX LLP

/s/ *James H. Hulme*
James H. Hulme (*pro hac vice*)
1717 K Street NW
Washington, D.C. 20006
Telephone: (202) 857-6109
Email: james.hulme@arentfox.com

Julius A. Rousseau, III
David Ward,
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone: (212) 484-3948
Email: jule.rousseau@arentfox.com

*Attorneys for Defendants Jose Garcia and Pillo Portsmouth Holding Company LLC*