Arent Fox

Arent Fox LLP / Attorneys at Law
Boston / Los Angeles / New York / San Francisco / **Washington**

July 12, 2021

**James H. Hulme**
**Partner**
202.857.6144 DIRECT
202.857.6395 FAX
james.hulme@arentfox.com

*By ECF*
Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10017-1312

**Re: *Neuman v. Garcia, et al.*, Case No.1:20-cv-10723**

Dear Judge Castel:

We represent defendants in the referenced action, and we write on behalf of plaintiff and defendants. We are pleased to report that the parties have made progress on the mediation front — we have selected a mediator, the Honorable Allyson K. Duncan, a recently-retired judge who served on the United States Court of Appeals for the Fourth Circuit and, before that, the North Carolina Court of Appeals. After conferring among the parties and with Judge Duncan, we have agreed on a mutually available mediation date of September 17, 2021.

Based on this schedule, the parties mutually request the Court to modify the current briefing schedule for defendants' motion to dismiss. That motion is currently due to be filed on August 6, 2021. We request that the Court change the due date of the motion to Friday, October 15, 2021, which is four weeks after the scheduled mediation.

Thank you for your consideration of this request.

Very truly yours,

James H. Hulme

cc: Edward Griffith, Esquire