Arent Fox

**Arent Fox LLP** / Attorneys at Law
Boston / Los Angeles / New York / San Francisco / Washington, DC

September 15, 2021

**James H. Hulme**
Partner
202.857.6144 DIRECT
202.857.6395 FAX
james.hulme@arentfox.com

*BY ECF*

Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10017-1312

**Re: *Neuman v. Garcia, et al.*, Case No.1:20-cv-10723**

Dear Judge Castel:

We represent defendants in the referenced action, and we write on behalf of plaintiff and defendants.

As I previously advised the Court on July 12 (Dkt. 60), at the Court's suggestion, the parties have made progress on arranging a mediation, including agreeing on a mediator, the Hon. Allyson K. Duncan. Due to a scheduling error, the mediation is unable to take place on the previously-planned date, September 17, 2021. It has been rescheduled for October 4, 2021, which is the next date on which the parties, their counsel, and Judge Duncan are available.

Based on this change, the parties mutually request the Court to modify the current briefing schedule for defendants' motion to dismiss. That motion is currently due on October 15, 2021. We request that the Court change the due date of the motion to November 5, 2021.

Thank you for your consideration of this request.

Very truly yours,

James H. Hulme

cc: All counsel of record (via ECF)