# THE GRIFFITH FIRM

45 BROADWAY • SUITE 2200
NEW YORK, NEW YORK 10006
(212) 363-3780

DIRECT LINE: (212) 363-3784
EMAIL: EG@THEGRIFFITHFIRM.COM

TELECOPIER: (212) 363-3790
URL: HTTP://WWW.THEGRIFFITHFIRM.COM


October 13, 2021

**VIA EMAIL**

James H. Hulme, Esq.
Julius A. Rousseau, III, Esq.
Arent Fox LLP
1301 Avenue of the Americs, 42nd Floor
New York, New York 10019-0040

*Re: Neuman v. Garcia, et al., Case No. 1:20-cv-10723-PKC*

Dear Jay and Jule:

At the suggestion of Judge Castel, both sides voluntarily agreed to participate in good faith in a mediation with the objective of resolving the parties' entire dispute, including Phil's pending lawsuits in New York and Luxembourg. Judge Castel's three endorsed orders dated May 27, 2021, July 12, 2021, and September 15, 2021 approved the parties' mediation agreement and essentially stayed the New York lawsuit until the mediation could be completed. In keeping with the spirit of mediation, Phil rescheduled hearing on his Luxembourg action until after the mediation.

We were disappointed that last Monday's mediation was unsuccessful, but not completely surprised considering your clients' total lack of interest in discussing settlement before the litigation commenced. We were shocked, however, that your clients' settlement position was based on a new Luxembourg lawsuit to which we had no prior notice. Indeed, why would your Luxembourg colleagues file a new lawsuit on the same day as a global mediation was taking place, October 4, 2021?

The mediation was therefore a complete waste of time. You could not possibly have expected to make progress toward resolving the parties' dispute without providing Phil with advance notice of the new Luxembourg complaint. We would have had plenty to say to the mediator about that lawsuit's lack of merit, but we had absolutely no information about it until Phil's Luxembourg lawyer, Yoram Moyal, received the summons when he returned to Luxembourg on Tuesday. Judge Duncan apparently was not informed of the grounds for the lawsuit or was instructed not to disclose the grounds to us.

Your clients therefore did not participate in the mediation in good faith by (i) failing to provide advance notice of the multi-million-dollar claims asserted in their October 4, 2021 Luxembourg complaint against Phil; (ii) failing to have their Luxembourg counsel participate in the mediation; and (iii) failing to have all defendants participate in the mediation. Their conduct is especially egregious because they knew that Phil intended to participate in the mediation in person with his New York and Luxembourg counsel. As reflected in the attached itemized expense report, Phil incurred $50,301.54 in travel expenses and legal fees to participate in the mediation.

Had you advised us of your clients' intention to file multi-million-dollar claims in a new Luxembourg lawsuit, we certainly would have rescheduled the mediation so that we could adequately prepare. Phil would have decided to participate in the mediation remotely had he been aware of the new Luxembourg claims, since those claims substantially reduce the prospects of a mediated settlement. Indeed, Phil's decision to participate in person was to enhance the prospects of success, an advantage of in person participation that Judge Castel recognized at the May 14, 2021 status conference.

Accordingly, Phil demands reimbursement of his out-of-pocket mediation expenses, which were unnecessary due to your clients' failure to participate in the mediation in good faith. Please let us know by Monday, October 18, 2021, whether your clients will agree.

Sincerely,

*/s/ Edward Griffith*

Edward Griffith

EG:gb
attachment

**Neuman Expenses**
**October 4, 2021 Mediation**

1. Luxembourg Counsel, Joram Moyal.

| | | | | |
|---|---|---|---|---|
| a. | Legal Fees w/o VAT: | 12.568,75€ | | |
| b. | Office Fees: | 754,13€ | | |
| c. | Expenses: Flight to Washington: | 4.710,99€ | | |
| | | 18.033,87€ | @1:1.15371 | $20,805.85 |

2. New York Counsel, Edward Griffith

| | | | | |
|---|---|---|---|---|
| a. | Legal Fees: | $11,830.00 | | |
| b. | Expenses: Train to Washington: | 433.00 | | |
| | | $12,263.00 | | $12,263.00 |

3. Four Seasons Hotel: $12,457.69

4. JAMS.

| | | | | |
|---|---|---|---|---|
| a. | Case Management Fee: | $275.00 | | |
| b. | Fees: | $4,500.00 | | |
| | | $4,775.00 | | $4,775.00 |

**TOTAL:** **$50,301.54**