# Exhibit B

**From:** Edward Griffith <eg@thegriffithfirm.com>
**Sent:** Wednesday, September 29, 2021 4:14 PM
**To:** Sharnea Ingram; Hulme, James H.; Rousseau, Jule; Ward, David
**Cc:** Stacey Harrison
**Subject:** Re: Please Provide Attendees: Neuman, Phil vs. Carlisle Investment Group S.a.r.l et al. - JAMS Ref No. 1410009059

Hi Sharna,

The following individuals will attend the mediation in person:

- Phil Neuman (the plaintiff);
- Edward Griffith (plaintiff's U.S. counsel);
- Yoram Moyal (plaintiff's Luxembourg counsel).

Thank you for arranging for lunch. Please note that Mr. Moyal does not eat pork.

Also, Mr. Neuman has recently changed Luxembourg counsel. Could you please replace his former Luxembourg counsel, Mr. Thibault Chevrier, with Mr. Moyal on JAMS's email list of participants? Mr. Moyal's contact information is:

Yoram Moyal
M&S Law Sàrl
205, Route d'Arlon
L-1150 Luxembourg
Email: j.moyal@moyal-simon.com
Tel.: +352 28 80 18

Best regards,

Ed

THE GRIFFITH FIRM
45 Broadway, Suite 2200
New York, New York 10006
(646) 645-3784 (mobile)

---

**From:** Sharnea Ingram <SIngram@jamsadr.com>
**Date:** Tuesday, September 28, 2021 at 9:32 AM
**To:** "James.Hulme@arentfox.com" <James.Hulme@arentfox.com>, "jule.rousseau@arentfox.com" <jule.rousseau@arentfox.com>, "david.ward@arentfox.com" <david.ward@arentfox.com>, Edward Griffith <eg@thegriffithfirm.com>, "tchevrier@cf-avocats.lu" <tchevrier@cf-avocats.lu>
**Cc:** Stacey Harrison <SHarrison@JAMSADR.com>
**Subject:** Please Provide Attendees: Neuman, Phil vs. Carlisle Investment Group S.a.r.l et al. - JAMS Ref No. 1410009059

Dear Counsel:

I hope that you are having a great day! For building security purposes and access to the JAMS office, please advise of your attendee names regarding the above-referenced matter. Your mediation is scheduled to start **Monday, October 4, 2021 starting at 9:30 AM.** Contact information for JAMS is listed below.

**JAMS**
1155 F St, NW

Suite 1150
Washington, DC 20004
Phone: 202-942-9180

** Photo identification required to enter building **

***Office Hours***
Monday – Friday ~ 8:30 AM – 5:00 PM

**Lunch will be provided; please let me know if you or your clients have any dietary restrictions** or audio visual requests for this case. I look forward to hearing from you soon. In advance, thank you for your assistance.

Best,

Sharnea

**Sharnea Ingram**
Case Coordinator

**JAMS - *Local Solutions. Global Reach.*™**

1155 F St. NW| #1150 | Washington, DC 20004

P: 202-942-9180

www.jamsadr.com

Follow us on LinkedIn, Facebook and Twitter.

**Our Moderators Make Remote and Hybrid Sessions Seamless**

*Your case management team includes a JAMS Virtual ADR Moderator.* ***Learn more about our moderators****.*