# Exhibit C

**From:** Hulme, James H. <James.Hulme@arentfox.com>
**Sent:** Friday, July 2, 2021 9:15 AM
**To:** Edward Griffith <eg@thegriffithfirm.com>
**Cc:** Rousseau, Jule <Jule.Rousseau@arentfox.com>; Ward, David <David.Ward@arentfox.com>
**Subject:** Re: Draft JSR
**Importance:** High

Ed,

We really need to get some traction here and have a mediator picked. If that cannot be completed within the next week, we will be switching to motion to dismiss activities and the ability to mediate will largely evaporate. Your last email on this was over three weeks ago. We have heard nothing since, despite making several inquiries.

Best,

Jay

**James H. Hulme**
**Partner**

Arent Fox LLP | Attorneys at Law
1717 K Street, NW
Washington, DC 20006-5344
***202.802.9582*** COVID-19 OFFICE
202.857.6144 DIRECT | 202.857.6395 FAX
james.hulme@arentfox.com <mailto:james.hulme@ARENTFOX.COM> | www.arentfox.com <http://www.arentfox.com/>
**CONFIDENTIALITY NOTICE**: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. Please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

On Jun 24, 2021, at 10:03 AM, Hulme, James H. <James.Hulme@arentfox.com> wrote:

Ed,

Following up on this. Did I miss your email circulating some suggestions?

Best,

Jay

**James H. Hulme**
**Partner**

Arent Fox LLP | Attorneys at Law

1717 K Street, NW
Washington, DC 20006-5344
***202.802.9582*** COVID-19 OFFICE
202.857.6144 DIRECT | 202.857.6395 FAX
james.hulme@arentfox.com <mailto:james.hulme@ARENTFOX.COM> | www.arentfox.com <http://www.arentfox.com/>
**CONFIDENTIALITY NOTICE**: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. Please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

On Jun 10, 2021, at 2:03 PM, Edward Griffith <eg@thegriffithfirm.com> wrote:

Right, Phil does not agree that the mediator must be a former judge. But I'm trying to find one that everyone can agree on. I'll try to circulate some suggestions tomorrow.
Best regards,
Ed
**From:** "Hulme, James H." <James.Hulme@arentfox.com>
**Date:** Thursday, June 10, 2021 at 1:15 PM
**To:** Edward Griffith <eg@thegriffithfirm.com>
**Cc:** "Rousseau, Jule" <Jule.Rousseau@arentfox.com>, "Ward, David" <David.Ward@arentfox.com>
**Subject:** Re: Draft JSR
Ed — Just following up on this again. We need to get the mediator selected from among the retired/former judges on the JAMS panel.
Best,
Jay

**James H. Hulme**
**Partner**

Arent Fox LLP | Attorneys at Law
1717 K Street, NW
Washington, DC 20006-5344
***202.802.9582*** COVID-19 OFFICE
202.857.6144 DIRECT | 202.857.6395 FAX
james.hulme@arentfox.com <mailto:james.hulme@ARENTFOX.COM> | www.arentfox.com <http://www.arentfox.com/>
**CONFIDENTIALITY NOTICE**: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. Please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

On Jun 4, 2021, at 11:10 AM, Hulme, James H. <James.Hulme@arentfox.com> wrote:

Ed — Just following up on this. We should try to get a mediator agreed to by early next week.
Best,
Jay

**James H. Hulme**
**Partner**

Arent Fox LLP | Attorneys at Law
1717 K Street, NW
Washington, DC 20006-5344
***202.802.9582*** COVID-19 OFFICE
202.857.6144 DIRECT | 202.857.6395 FAX
james.hulme@arentfox.com <mailto:james.hulme@ARENTFOX.COM> | www.arentfox.com <http://www.arentfox.com/>
**CONFIDENTIALITY NOTICE**: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. Please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

On Jun 1, 2021, at 3:07 PM, Edward Griffith <eg@thegriffithfirm.com> wrote:
Thanks, Jay – I'll discuss with Phil and report. One point to consider, however, is that the mediation is to cover both the New York litigation as well as the Luxembourg litigation. So someone with experience mediating international disputes and/or experience in European litigation might be effective.
Best regards,
Ed
**From:** "Hulme, James H." <James.Hulme@arentfox.com>
**Date:** Tuesday, June 1, 2021 at 2:38 PM
**To:** Edward Griffith <eg@thegriffithfirm.com>
**Cc:** "Rousseau, Jule" <Jule.Rousseau@arentfox.com>, "Ward, David" <David.Ward@arentfox.com>
**Subject:** Re: Draft JSR
Ed,
I hope that you had a nice holiday weekend. We continue to believe that a former federal judge (or magistrate judge) is preferable as the mediator for this case. JAMS has a pretty good stable of former judges that qualify. Let's try to pick someone from that group. We can go first, unless you wish to do so.
Best,
Jay

**James H. Hulme**
**Partner**

Arent Fox LLP | Attorneys at Law
1717 K Street, NW
Washington, DC 20006-5344
***202.802.9582*** COVID-19 OFFICE
202.857.6144 DIRECT | 202.857.6395 FAX

james.hulme@arentfox.com <mailto:james.hulme@ARENTFOX.COM> | www.arentfox.com
<http://www.arentfox.com/>
**CONFIDENTIALITY NOTICE**: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. Please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

On May 27, 2021, at 9:09 PM, Edward Griffith <eg@thegriffithfirm.com> wrote:
Hi Jay,
Sorry it's so late – I just got home after the post-funeral reception. What do you think of Lori Brennan as our mediator?
I'll be on the road tomorrow after 10:00 am or so, but will be available by phone.
Best regards,
Ed
**From:** "Hulme, James H." <James.Hulme@arentfox.com>
**Date:** Thursday, May 27, 2021 at 12:55 PM
**To:** Edward Griffith <eg@thegriffithfirm.com>
**Cc:** "Rousseau, Jule" <Jule.Rousseau@arentfox.com>, "Ward, David" <David.Ward@arentfox.com>
**Subject:** Re: Draft JSR
Ed,
I am in court this afternoon. Literally. In person. It may carry over to tomorrow, but I should be able to talk tonight or tomorrow midday, if it carries over. If not, then the early morning is also good.
Jay

**James H. Hulme**
**Partner**

Arent Fox LLP | Attorneys at Law
1717 K Street, NW
Washington, DC 20006-5344
***202.802.9582*** COVID-19 OFFICE
202.857.6144 DIRECT | 202.857.6395 FAX
james.hulme@arentfox.com <mailto:james.hulme@ARENTFOX.COM> | www.arentfox.com
<http://www.arentfox.com/>
**CONFIDENTIALITY NOTICE**: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. Please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

On May 27, 2021, at 12:17 PM, Edward Griffith <eg@thegriffithfirm.com> wrote:
Hi Jay,

I should have some mediator suggestions for you by the end of the day. I'm at a funeral now, but let's see if we can agree on a mediator and schedule a date tomorrow morning?
Best regards,
Ed

Sent from my iPhone

On May 27, 2021, at 9:34 AM, Hulme, James H. <James.Hulme@arentfox.com> wrote:

Ed — Where are we on the mediation? We had advised Judge Castel that we would update him when the mediation is scheduled.
Jay

**James H. Hulme**
**Partner**

Arent Fox LLP | Attorneys at Law
1717 K Street, NW
Washington, DC 20006-5344
***202.802.9582*** COVID-19 OFFICE
202.857.6144 DIRECT | 202.857.6395 FAX
james.hulme@arentfox.com <mailto:james.hulme@ARENTFOX.COM> | www.arentfox.com <http://www.arentfox.com/>
**CONFIDENTIALITY NOTICE**: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. Please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

On May 21, 2021, at 2:36 PM, Edward Griffith <eg@thegriffithfirm.com> wrote:
Except for the date, perfect. Thanks!

Sent from my iPhone

On May 21, 2021, at 2:10 PM, Hulme, James H. <James.Hulme@arentfox.com> wrote:

Ed — How does this look?
Best,

Jay

**James H. Hulme**
**Partner**

Arent Fox LLP | Attorneys at Law
1717 K Street, NW
Washington, DC 20006-5344
***202.802.9582*** COVID-19 OFFICE
202.857.6144 DIRECT | 202.857.6395 FAX
james.hulme@arentfox.com <mailto:james.hulme@ARENTFOX.COM> | www.arentfox.com
<http://www.arentfox.com/>

**CONFIDENTIALITY NOTICE**: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. Please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

<hr size=1 width="77%" align=center>

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

<joint status report 052121.docx>

<hr size=1 width="100%" align=center>

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

<hr size=1 width="100%" align=center>

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

<Brennan_Lorraine_GeneralBiography_1174.pdf>

<hr size=1 width="100%" align=center>

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

<hr size=1 width="100%" align=center>

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.