UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PHIL NEUMAN,

                Plaintiff,                      20-cv-10723 (PKC)

    -against-                      ORDER

JOSE GARCIA, et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Plaintiff may move to amend by February 4, 2022 provided he submits a marked to show changes copy. Local Rule 6.1 will govern the time for answering and reply submissions. If it is plaintiff's intention is to alter factual assertions in the Second Amended Complaint regarding the timing of certain events, the motion shall be accompanied by a sworn affidavit from plaintiff Phil Neuman explaining the change. Briefing on the motion to dismiss is stayed.

        SO ORDERED.

                                                          P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
          January 28, 2022