UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PHIL NEUMAN,

                     Plaintiff,                      20-cv-10723 (PKC)

      -against-                             ORDER


JOSE GARCIA,

                      Defendant.
--------------------------------------------------------------x

CASTEL, U.S.D.J.

          As the Court has indicated, the making of a stay motion does not stay any

proceedings in this Court.  Within 14 days, the parties shall submit a proposed Case Management

Plan and Scheduling Order for the completion of fact and expert discovery in this case.

          SO ORDERED.

P. Kevin Castel
United States District Judge


Dated: New York, New York
       October 25, 2022