UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHIL NEUMAN,

                Plaintiff,                      20-cv-10723 (PKC)

    -against-                             ORDER

JOSE GARCIA,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       Pursuant to defendant's letter of February 23, defendant's letter motion of February 17, 2023 (ECF 135) is deemed WITHDRAWN and terminated.

       Plaintiff's letter of February 18, 2023 (ECF 137) seeking a nunc pro tunc extension of the time to file a discovery dispute letter is GRANTED.  Defendant shall respond to the letter by March 1, 2023.

       SO ORDERED.

                                                P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
        February 24, 2023