# THE GRIFFITH FIRM

209 LINCOLN PLACE 6A
BROOKLYN, NEW YORK 11217
(718) 499-7867

MOBILE: (646) 645-3784
EMAIL: EG@THEGRIFFITHFIRM.COM

TELECOPIER: (718) 228-3777
URL: HTTP://WWW.THEGRIFFITHFIRM.COM

September 21, 2023

**VIA ECF**

Hon. P. Kevin Castel, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

*[Handwritten: Application GRANTED SO ORDERED /s/ USDJ 9-27-23]*

Re:   Neuman v. Garcia, et al., Case No. 1:20-cv-10723-PKC

Dear Judge Castel:

      This letter motion requests that (i) the emergency temporary sealing of ECF 152-4, which I recently placed pursuant to ECF Filing Rule 21.7, be made permanent; and (ii) the letter motion filed as ECF 152 be withdrawn since it has been replaced with the letter motion filed as ECF 153.

      This request is necessary because when I filed the original letter motion [152], I inadvertently did not properly redact Exhibit 4 [152-4], which was intended to be a one-page email dated September 1, 2023. Instead, Exhibit 4, as filed as ECF 152-4, includes a lengthy indefinite email exchange of over 100 pages, some of which may include confidential communications.

      When I noticed this error, I placed an emergency temporary seal on ECF 152-4 pursuant to ECF Filing Rule 21.7. By this letter motion I request that you extend that seal permanently.

      I have also re-filed the letter motion as ECF 153, with a properly redacted Exhibit 4, now filed as ECF 154-3. Accordingly, I ask that you withdraw or vacate the letter motion filed as ECF 152, which has been replaced with ECF 153.

      I apologize for any confusion this error may have caused.

Sincerely,

*/s/ Edward Griffith*

Edward Griffith

EG:gb
cc:   Julius A. Rousseau, III, Esq.
      David James Ward, Esq.