UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PHIL NEUMAN,

                      Plaintiff,

                                                                       20-cv-10723 (PKC)

        -against-                                       ORDER

JOSE GARCIA,

                      Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The trial of this action is scheduled as first back-up to <u>United States v. Austin</u>, 23 Cr. 508 (PKC), for September 16, 2024.

        SO ORDERED.

                                                          P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
       June 10, 2024